```
                    IN THE DISTRICT CIRCUIT
            IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
                        ORLANDO DIVISION
```

ISLAM "SAL" SHIMY,             )
                               )
    Plaintiff,                 )
                               ) CASE NO.: 6:23-cv-01869-RBD-DCI
vs.                            )
                               )
EASTERN FLORIDA STATE COLLEGE, )
BOARD OF TRUSTEES,             )
                               )
    Defendant.                 )

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with L.R. 1.07(c), I certify that the instant action is related to pending or closed civil or criminal cases previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

None.

I FURTHER CERTIFY THAT, I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I forwarded a true and accurate copy of the foregoing via U.S. Mail on this the 10th day of October, 2023 upon: Eastern Florida State College, Board of Trustees, 1519 Clearlake Rd., Cocoa, FL 32922.

*Shimy v. Eastern Florida State College*; PCC FILE 5016-2; Case No. 23-cv-01869
Plaintiff's Notice of Pendency of Other Actions; Page 2

**PRIVATE CORPORATE COUNSEL**
Attorneys|Consultants|Mediators
201 East Pine Street, Suite 445
Orlando, Florida 32801
(407) 647-7887
(407) 647-5396 Fax
CPLS File No. 5016-2
*Attorneys for Plaintiff*

_____
Melissa C. Mihok, Esq.
Florida Bar No. 555851
mmihok@pcc.law
courtefiling@pcc.law