# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ISLAM "SAL" SHIMY,

    Plaintiff,

v.                                    CASE NO. 6:23-cv-01869-RBD-DCI

EASTERN FLORIDA STATE COLLEGE,
BOARD OF TRUSTEES,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    1.    *Islam Shimy v. Eastern Florida State College*, EEOC Charge No. 510-2022-04614.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

December 18, 2023                           Respectfully submitted,

                                                                 */s/ Mark E. Levitt*
                                                                 Mark E. Levitt, Esq.
                                                                 Florida Bar No. 193190
                                                                 Howard M. Waldman, Esq.
                                                                 Florida Bar No. 1002881
                                                                 FordHarrison LLP
                                                                 300 South Orange Ave., Suite 1300
                                                                 Orlando, FL 32801

(407) 418-2300
mlevitt@fordharrison.com
hwaldman@fordharrison.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 18, 2023 a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF, which will send a notice of electronic filing to the following: Melissa C. Mihok, Esq., 201 East Pine Street, Suite 445, Orlando, FL 32801, mmihok@pcc.law, courtefiling@pcc.law.

*/s/ Mark E. Levitt*
Attorney