# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ISLAM "SAL" SHIMY,

    Plaintiff,

v.                                    Case No:  6:23-cv-1869-RBD-DCI

EASTERN FLORIDA STATE
COLLEGE BOARD OF TRUSTEES,

    Defendant.
_____

## ORDER

This matter is before the Court on a status review.  On October 3, 2023, this Court entered an Initial Order. (Doc. 6).  Among other things, the Order states the parties are directed to comply with Local Rule 3.02 by utilizing the Uniform Case Management Report form. Local Rule 3.02(b) states the parties must file the Case Management Report within forty days after any defendant appears in an action originating in this court, within forty days after the docketing of an action removed or transferred to this court, or within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. To date, the parties have failed to file a joint Case Management Report as required.

Accordingly, it is **ORDERED** that the parties are **DIRECTED** to file a joint Case Management Report no later than **February 15, 2024**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 1, 2024.

ROY B. DALTON, JR.
United States District Judge