UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ISLAM "SAL" SHIMY,**

**Plaintiff,**

v.                                      **CASE NO.: 6:23-cv-01869-RBD-DCI**

**EASTERN FLORIDA STATE
COLLEGE BOARD OF TRUSTEES,
Defendant.**

_____/

**MEDIATION REPORT**

**1. Attendance**

The following participants attended the mediation conference held on February 25, 2025:

☒    lead counsel

☒    the parties or a party's surrogate satisfactory to the mediator

☒    any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

N/A

2. **Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☐ The parties completely settled the case.

☐ The parties partially settled the case. The following issues remain:

_____
_____
_____
_____

☐ The parties agreed to continue the mediation conference.

☒ The parties have reached an impasse.

Done this 25th day of March 2025, in Tampa, Florida.

/s/ *Deborah C. Brown*
_____
Deborah C. Brown
Mediator
Florida Bar No. 749648
Brown Law and Consulting, PLLC
301 W. Platt Street, #501
Tampa, FL 33606
(813) 495-0638
dbrown@brownlawconsulting.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 25, 2025, I electronically filed the foregoing via CM/ECF, which will send a notice of electronic filing to:

| | |
|---|---|
| Via email: melissa@mihoklaw.us | Via email: mlevitt@fordharrison.com and hwaldman@fordharrison.com |
| Melissa C. Mihok | Mark E. Levitt and Howard M. Waldman |
| Mihok Law | FordHarrison LLP |

*/s/ Deborah C. Brown*
_____

3