**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| ISLAM "SAL" SHIMY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 6:23-cv-01869-RBD-DCI |
| | ) |
| EASTERN FLORIDA STATE COLLEGE, BOARD OF TRUSTEES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF CHANGE OF ADDRESS

The undersigned attorney, MELISSA C. MIHOK, as counsel for the Plaintiff, ANTHONY EL-KHOURI, hereby gives notice of the following changes to her contact information:

Melissa C. Mihok, Esq.
Mihok Law
1401 East 22nd Avenue
Tampa, Florida 33605
(813) 549-4550
melissa@mihoklaw.us
floridavirtualnotary@gmail.com

I HEREBY CERTIFY that on March 11, 2025 I filed the instant document through the CM/ECF system, which will send electronic notice to all counsel of record.

*Shimy v. Eastern Florida State College, Bd. of Trustees*; Matter No. 24-118; Case No. 6:23-cv-1869
Notice of Change of Address

    MIHOK LAW
    1401 East 22nd Avenue
    Tampa, Florida 33605
    (813) 549-4550
    melissa@mihoklaw.us
    floridavirtualnotary@gmail.com


    Attorney for Plaintiff

    /s/ Melissa C. Mihok, Esq.
    Florida Bar No. 555851