Exhibit 4


**Eastern Florida**
STATE COLLEGE

**President**
James H. Richey, J.D.

**Board of Trustees**
Alan H. Landman, Chair
Ronald Howse, Vice Chair
R. Bruce Deardoff
Dr. Edgar Figueroa
Winston Scott

**Cocoa Campus**
1519 Clearlake Road
Cocoa, Florida 32922
321/632-1111
Fax: 321/433-7064

**Melbourne Campus**
3865 N. Wickham Road
Melbourne, Florida 32935
321/632-1111
Fax: 321/433-5618

**Palm Bay Campus**
250 Community College Pkwy.
Palm Bay, Florida 32909
321/632-1111
Fax: 321/433-5305

**Titusville Campus**
311 North U.S. 1
Titusville, Florida 32796
321/632-1111
Fax: 321/433-5113

easternflorida.edu

April 14, 2021

Islam Shimy
Instructor, Business
Cocoa Campus

RE: 2nd Annual Contract
    165 Contract Days

Dear Mr. Shimy:

It is my pleasure to inform you that you have been reappointed to the faculty of Eastern Florida State College for the 2021-22 academic year.

The reappointment is a reflection of your dedication to students and the high professional standards that you bring to the college every day.

Through your efforts our students receive a high-quality education and the opportunity to lead successful lives.

Please accept my personal thanks for everything you do and my best wishes throughout the coming academic year.

Cordially,

*[signature]*

Vice President for Academic and Student Affairs
Chief Learning Officer

RPF/tl



DEF0235