**Exhibit 5**

```
                                                          Page 1

 1              UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
 2                   ORLANDO DIVISION
 3                CASE NO. 6:23-cv-01869-RBD-DCI
 4
 5   ISLAM "SAL" SHIMY,
 6         Plaintiff,
 7   vs.
 8   EASTERN FLORIDA STATE COLLEGE,
     BOARD OF TRUSTEES,
 9
           Defendant.
10   _____/
11
12                       Zoom Video Conference
                         Tuesday, February 4, 2025
13                       12:04 p.m.
14
15                    DEPOSITION OF
                      PATTI SALVO
16
17
18      Taken before MABEL RUANO, Court Reporter and
19   Notary Public in and for Miami-Dade County, State of
20   Florida at Large.
21
22
23
24
25
```

Page 2

```
 1  APPEARANCES: (All Appearing Remotely)
 2        MELISSA C. MIHOK, ESQ.
          Mihok Law
 3        409 Durham Shore Ct.
          Apollo Beach, FL 33572
 4        On behalf of the Plaintiff
 5        MARK LEVITT, ESQ.
          HOWARD M. WALDMAN, ESQ.
 6        Ford Harrison
          300 S Orange Avenue, Suite 1300
 7        Orlando, FL 32801
          On behalf of the Defendant
 8
          MICHAEL A. RICHEY, ESQ.
 9        Eastern Florida State College
          3865 N Wickham Road
10        Building 10 Room 205
          Melbourne, FL 32935
11        On behalf of the Defendant
12
13
14              I N D E X
15                              PAGE
16  Direct by Ms. Mihok          3
17
18
19              EXHIBITS
20  Exhibit     Description      Page
21          NO MARKED EXHIBITS
22
23
24
25
```

Page 3

```
 1        (The witness, Patti Salvo, confirmed
 2        her identity by displaying on the
 3        Zoom virtual video her photographic
 4        identification.)
 5  Thereupon,
 6            PATTI SALVO,
 7  having been duly sworn to tell the truth, the whole
 8  truth, and nothing but the truth, was examined and
 9  testified as follows:
10            DIRECT EXAMINATION
11  BY MS. MIHOK:
12     Q   Ms. Salvo, my name is Melissa Mihok. I'm
13  an attorney that has been retained to represent
14  Mr. Islam Shimy, you may know him as Sal, in a
15  lawsuit that he's brought against Eastern Florida
16  State College. I've asked you to come here today
17  because I believe you may have some information
18  that's relevant to this matter. The lady on the
19  screen there, Mabel, is our court reporter. She is
20  taking down everything that we're saying verbatim.
21  Therefore, it's important that you verbalize your
22  answer by saying yes or no as opposed to nodding
23  your head or saying uh-uh and uh-huh because that
24  looks the same on a transcript. Okay. If you could
25  please wait for me to finish my question even if you
```

Page 4

```
 1  know what I'm going to ask you. I will endeavor to
 2  let you finish your answer before I start asking you
 3  more questions. If at any time I ask you a question
 4  and you're not sure of the answer, I want you just
 5  to tell me that you're not sure or you don't know.
 6  If you do answer me, I'm going to assume that you
 7  understand the question and that you're answering it
 8  truthfully. You understand that?
 9        COURT REPORTER: I can't hear her.
10        THE WITNESS: Yes.
11        MS. MIHOK: I can't either.
12  BY MS. MIHOK:
13     Q   Okay. And you are testifying today just
14  as if you're sitting in a court of law and is
15  subject to penalties of perjury. Do you understand
16  that?
17     A   Yes.
18     Q   Okay. Ms. Salvo, are you employed?
19     A   No.
20     Q   Where was the last place that you were
21  employed?
22     A   Eastern Florida State College.
23     Q   What did you do there?
24     A   Director of corporate services.
25     Q   How long did you hold that position?
```

Page 5

```
 1     A   I believe it was three years.
 2     Q   When did you retire?
 3     A   2024, February 14.
 4     Q   So in 2021 you were working as a director
 5  of corporate services for the college?
 6     A   Yes.
 7     Q   Did you hold any other positions with the
 8  college prior to being a director of corporate
 9  services?
10     A   Yes.
11     Q   What positions have you held?
12     A   I worked in continuing Ed as
13  administrative assistant. I worked as a coordinator
14  for workforce training. And I worked with the Wendy
15  program as the administrative assistant.
16     Q   What's your educational background?
17     A   I have a MA in business. Excuse me. It
18  was in communications in business.
19     Q   Okay. And when did you receive the
20  master's degree and from what institution?
21     A   Let me correct that. It's a bachelor's
22  degree and I received it from UCF 2007, I believe.
23     Q   Okay. And what were your duties as the
24  role as director of corporate services?
25     A   I was in charge of contracting with local
```

2 (Pages 2 - 5)

Exhibit 5

Page 6

1  businesses and with the community to provide
2  customize training.
3     Q   Okay.  And what did that entail?
4     A   I'm not sure I understand what you're
5  asking for.
6     Q   On a day-to-day basis, what did you do?
7     A   I was contacting different businesses.  I
8  was working at creating classes, creating
9  curriculum, looking for instructors, making sure
10 that any training was -- if it needed to be
11 certified it had the certifications that it needed
12 to have.
13    Q   Who is your direct -- or who was your
14 direct supervisor?
15    A   Stephen Taylor.
16    Q   What was his position?
17    A   He was the executive director over our
18 workforce program and Perkins program.
19        COURT REPORTER:  And what program?
20        THE WITNESS:  Perkins.
21 BY MS. MIHOK:
22    Q   Did you have any subordinates when you
23 were working as the director of corporate services?
24    A   I had -- yes, I did at different times.
25    Q   I don't need to know their names, but what

Page 7

1  were their titles?
2     A   Coordinator for workforce training was
3  broken into two positions and then coordinator for
4  continuing Ed.
5     Q   Do you know Islam Shimy?
6     A   I know who he is.
7     Q   Okay.  What do you mean by that?
8     A   I know his name.  I don't know him
9  personally.
10    Q   You ever talk to him on the phone?
11    A   No.
12    Q   You ever met him in person?
13    A   Yes.
14    Q   When did you meet him?
15    A   He was picking ▓▓▓▓ up (phonetic), his
16 wife, and I met him at that time.
17    Q   Do you recall approximately when that was?
18    A   No, I'm sorry, I don't.
19    Q   And where was he picking his wife up from?
20    A   Her office building.
21    Q   Was she also employed by the college at
22 that time?
23    A   Yes.
24    Q   What position did she hold?
25    A   She was coordinator for workforce

Page 8

1  training.
2     Q   Is she one of your subordinates?
3     A   Yes.
4     Q   How long did she work for you?
5     A   Less than a year.
6     Q   Did you have any role in the decision to
7  hire -- I've been referring to her as Mrs. Shimy.
8  I'm not sure if her last name is Shimy or not, but
9  I'm using Mrs. Shimy.  Do you know how Mrs. Shimy
10 came to become employed by the college?
11    A   Yes.
12    Q   Okay.  How so?
13    A   I interviewed her with the position of
14 coordinator.
15    Q   How did it come that you conducted an
16 interview with her?
17    A   She came to the office.
18    Q   Was it an advertised position?
19    A   Yes.
20    Q   And did Mrs. Shimy apply?
21    A   Yes.
22    Q   Were there others who applied as well?
23    A   Yes.
24    Q   How many coordinators did you hire at that
25 time?

Page 9

1        COURT REPORTER:  Can you repeat that
2     again, I'm sorry.  Can you repeat your answer.
3        THE WITNESS:  The question was.
4        MR. LEVITT:  She said at that time -- she
5     asked you how many you hired at that time.
6        THE WITNESS:  Oh, okay, that one.  At that
7     time it was just one that I hired.
8  BY MS. MIHOK:
9     Q   Okay.  And other than the interview, what,
10 if anything, did you know about Mrs. Shimy prior to
11 hiring her?
12    A   Nothing.
13    Q   Did you know she was married to a faculty
14 member?
15    A   No.
16    Q   When did you find out that Mrs. Shimy was
17 married to a faculty member?
18    A   I don't remember exactly.  It was after
19 she was hired.
20    Q   Does the college have any policies or
21 rules against individuals being married while being
22 both employed by the college?
23    A   I don't know the answer to that.
24    Q   How was Mrs. Shimy's work performance?
25        COURT REPORTER:  It's what?

3 (Pages 6 - 9)

Page 10
1       THE WITNESS:  Acceptable.
2  BY MS. MIHOK:
3    Q   Acceptable.  That's one I haven't heard.
4  Acceptable as in just enough to get by or could you
5  expand by what you mean by acceptable?
6    A   [redacted] is very fast to learn.  She was
7  having some trouble with the language in the
8  writing.  I had to be a little careful to watch what
9  she was saying.  And she was very good at checking
10  with me on things.
11    Q   Do you know what Mrs. Shimy's first
12  language was?
13    A   No.
14    Q   It wasn't English though?
15    A   I just don't remember.  No, it was not
16  English.  No.
17    Q   Did Mrs. Shimy tell you that she was
18  married to a faculty member?
19    A   Yes.  Well, I don't know if it was her or
20  if it was my supervisor that told me.
21    Q   Okay.  And in what context were you told
22  that Mrs. Shimy married to a faculty member?
23    A   It was just a, by the way, did you know
24  this, this person is her husband.
25    Q   Did Mrs. Shimy ever tell you anything

Page 11
1  about her husband other than the fact that they were
2  married?
3    A   Yes.
4    Q   Okay.  And I don't expect you to have this
5  memorized, but approximately when was the first time
6  that you recall Mrs. Shimy telling you anything
7  about her husband?
8    A   December of 2021.
9    Q   Okay.  And what did she tell you?
10    A   She told me that there was some abuse and
11  that she had spoken with a counselor and spoken with
12  him and had decided that she needed to do something
13  about it.
14    Q   What, if anything, did you tell her?
15    A   I told her I would have to report this.
16    Q   Why did you feel that you had to report
17  it?
18    A   Because she was being abused and I was her
19  supervisor.
20    Q   If she had been abused by someone who did
21  not work for the college, would you still have felt
22  it was your duty to report it?
23    A   Of course, yes.  Yes.
24    Q   I'm thinking, I'm sorry.  Thank you.  You
25  mentioned that she stated that she had to do

Page 12
1  something about it.  Do you know what she meant by
2  that?
3    A   I can only give you my opinion.
4    Q   I don't need your opinion.  Did you give
5  her any suggestions of things that -- that she might
6  do?
7    A   Not at that time, no.
8    Q   Did she tell you that it was physical
9  abuse or mental abuse?
10    A   Physical.
11    Q   Did she have any visible marks on her body
12  that you've ever seen that would say that she had
13  been injured or abused?
14    A   She has had a broken arm.
15    Q   And when did she have a broken arm?
16    A   When she first started in November she
17  came and she had a broken arm.
18    Q   Did you ask her how she got the broken
19  arm?
20    A   I did.
21    Q   What did she say?
22    A   She said she had just fallen.
23    Q   Did you believe her?
24    A   Not really.
25    Q   What did you think it had happened to her?

Page 13
1    A   I was worried about something else going
2  on, but I just -- but I didn't say anything.
3    Q   Why not?
4    A   I thought --
5        COURT REPORTER:  I'm sorry, repeat your
6    answer.
7        THE WITNESS:  Her option to tell me.
8  BY MS. MIHOK:
9    Q   So what changed your mind as far as
10  whether or not you were going to report it?
11    A   Well, there wasn't a change of mind.
12    Q   Okay.  Well, you stated in November of
13  2021 she came to work for the college and she had a
14  broken arm.  You asked her how it happened and she
15  told you that she fell.  You told me that you didn't
16  believe her and you were worried that something else
17  had happened to her and you did not report it.  And
18  then the next month in December you stated that you
19  did report it.  So what caused the change in your
20  opinion as to why -- whether or not you would report
21  it?
22    A   I see what you mean.  She came to me and
23  she had told me that he had broken her arm.
24    Q   A month later she came and told you that
25  he broke her arm?

Page 14

1  A  Yes.
2  Q  And what did she tell you?
3  A  She said that he had broken her arm. That
4  he had abused her in the past about a year ago. She
5  had reported that to authorities. I'm trying to
6  remember. She said that at -- oh, and that she had
7  also had bleeding on her face when she had broken
8  her arm. They had a baby then. She also reported
9  an incident where they had gone out-of-state
10 together with the baby. And they had an argument
11 and that he had put her and the baby out on the
12 sidewalk out-of-state and left them.
13 Q  Okay. Anything else that she talked to
14 you about Mr. Shimy and any allegations of domestic
15 abuse?
16 A  I can't think of anything right now. I
17 don't remember anything at this moment.
18 Q  Do you know what provoked her to tell you
19 more details in December of 2021 as opposed to
20 November?
21 A  I guess the fact that that's where she was
22 saying that she realized after talking to him that
23 she needed to do something to fix the problem. That
24 just talking it through was not fixing it.
25 Q  Did she say there were any new allegations

Page 15

1  of abuse at that time?
2  A  Not at that time that I can remember.
3  Q  Did any of the activity that you are aware
4  of whether it be from personal knowledge or being
5  told by Mrs. Shimy, any of these instances of
6  domestic abuse that occurred while Mr. Shimy was
7  working at the college?
8  A  I don't know exactly when -- oh, you --
9  I'm sorry, could you clarify that you mean while
10 they were at the college or just during the time
11 frame?
12 Q  The time frame.
13 A  All right. I don't know all the time that
14 he was employed except that during the time that she
15 worked for me he was employed. So that would have
16 been the arm and the November incidents where he
17 left them in another state.
18 Q  Okay. You stated she came to work with a
19 broken arm. So is it fair to say then that the arm
20 was broken prior to her starting with the college?
21 A  Yes. There was a time frame in between
22 when I interviewed her and when she was actually
23 hired.
24 Q  And the allegation that Mr. Shimy left her
25 and their child on the side of the road, when was

Page 16

1  that alleged to have occurred?
2  A  Around Thanksgiving of 2021. Yes, 2021.
3  Q  Anything else that you're aware that
4  occurred during Mr. Shimy's employment with the
5  college?
6  A  Not that I know of.
7  Q  What steps, if any, did you take to find
8  out if Mr. Shimy had, in fact, broken Mrs. Shimy's
9  arm?
10 A  I took no steps. It was not my job to do
11 that.
12 Q  Did you report it to anyone?
13 A  I reported it to my supervisor and then to
14 the security at the college.
15 Q  Who was your supervisor at that time?
16 A  Stephen Taylor.
17 Q  And who was the security person that you
18 reported to?
19 A  I don't know.
20 Q  Was it someone employed by the college?
21 A  Yes.
22 Q  Was it a male or a female?
23 A  Male.
24 Q  Were they white or black?
25 A  White.

Page 17

1  Q  Were you asked to give any statements or
2  anything as a part of the investigation?
3  A  Yes.
4  Q  When did that happen?
5  A  December 14, '21.
6  Q  Sounds like you've reviewed your statement
7  recently; is that --
8  A  Yes.
9  Q  -- accurate? And what did you say in your
10 statement?
11 A  That she had came -- what I have told you
12 already. That she came to me on the 13th and
13 confided to me that he was the one that had broken
14 her arm, that she had had been physical abuse a
15 year -- about a year before. And that she had
16 reported it the year before, but did not say
17 anything in the hospital when she went. And the
18 event about the -- during the Thanksgiving time.
19 Q  Were you present when Mr. Shimy broke
20 Mrs. Shimy's arm?
21 A  No.
22 Q  Were you present when he left her on the
23 side of the road?
24 A  No.
25 Q  Is all the knowledge that you have about

Page 18

1 these incidents from Mrs. Shimy?
2   A   Yes.
3   Q   Did Mrs. Shimy also tell you that she was
4 having some issues related to her immigration
5 status?
6   A   Yes.
7   Q   Okay.  What did she tell you?
8   A   Well, what she had was something with
9 the -- with her visa as far as working.  So she had
10 that fixed.  She made the application and had that
11 fix and was back at work or, you know, stayed with
12 work.
13   Q   Was Mrs. Shimy an American citizen?
14   A   No.
15   Q   Do you know where she was from?
16   A   Where she was born?
17   Q   Yes, ma'am.
18   A   No.
19   Q   What about Mr. Shimy, do you know if he
20 was an American citizen?
21   A   I have no knowledge of the status.
22   Q   Do you know what Mrs. Shimy's religion
23 was?
24   A   No.
25   Q   What about Mr. Shimy, do you know what

Page 19

1 religion he practices?
2   A   No.
3   Q   Did Mrs. Shimy ever take off any days in
4 observance of religious holidays?
5   A   No.
6   Q   Okay.  Outside of the statement that you
7 mentioned that you gave as a part of the
8 investigation, did you have any other role in that
9 investigation?
10   A   No, I didn't.
11   Q   Do you know anything about the particulars
12 of the situation related to domestic violence
13 between Mr. And Mrs. Shimy that you did not write in
14 your statement?
15   A   No.
16   Q   Did you have any role in the decision to
17 non-renew Mr. Shimy's contract?
18   A   No.
19   Q   Were you asked for your opinion whether it
20 should be renewed or non-renewed?
21   A   No.
22   Q   And what type of contract, if any, did
23 Mrs. Shimy have while working with the college?
24   A   I don't know how to answer exactly.  It's
25 just a hire at the college.  It was not a contract.

Page 20

1   Q   Was it at-will employment?
2   A   I don't know.
3   Q   Did the university terminate her at any
4 time?  I'm sorry, the college.  Semantics.
5   A   I don't know.  Yes, I guess so.
6   Q   Do you know how Mrs. Shimy's employment
7 with the college ended it?
8   A   She went to another job.
9   Q   Do you know if she resigned, was
10 terminated, retired from the college?
11   A   She told me she resigned.  I'm sorry, she
12 did not tell me that.  I took that as that's the way
13 it was because she found another job.
14   Q   Were you her direct supervisor at the time
15 that she left the college as an employee?
16   A   No.
17   Q   No?
18   A   No.
19   Q   Do you know who was?
20   A   No.
21   Q   During any of the time that Mrs. Shimy was
22 working at the college outside of the broken arm,
23 did you see any bruises, cuts, other broken limbs,
24 et cetera on Mrs. Shimy?
25   A   No.

Page 21

1   Q   After Mrs. Shimy came to you on
2 December 13, 2021 and told you about the allegations
3 of domestic abuse, what did you say in response?
4   A   I don't remember.  I'm sure I just
5 comforted her and told her that I did need to report
6 it and I was concerned about her safety, but I don't
7 remember exactly what I told her.
8   Q   You said it had been going on for
9 approximately a year?
10   A   Yes.
11   Q   Did you have any reason to think that the
12 violence was escalating during that year?
13   A   Yes, with the arm.
14   Q   Outside of the arm, did you have any
15 reason to feel that it had been escalating in
16 December of 2021?
17   A   No.
18   Q   Do you know if Mr. and Mrs. Shimy are
19 still married?
20   A   No.
21   Q   Mrs. Shimy give you any indication that
22 she was planning on filing for divorce?
23   A   Yes.
24   Q   Okay.  What did she tell you?
25   A   I don't remember.

6 (Pages 18 - 21)

Page 22

1  Q   Have any other employees come to you and
2  reported that they have been the victim of domestic
3  violence?
4  A   No.
5  Q   Outside of your supervisor and security
6  guard, did you tell anybody else about Mrs. Shimy's
7  allegations of domestic violence?
8  A   My husband.
9  Q   Why did you tell him?
10 A   He's my partner and I sound off with him,
11 reflect with him.  He's my sounding board.
12 Q   What did you tell him?
13 A   Exactly what she had told me.
14 Q   What did your husband tell you?
15 A   I don't remember exactly what he said, but
16 concern for her safety is what I remember and to
17 report it.
18 Q   Did you have a choice whether or not you
19 were going to report it or were you a mandatory
20 reporter in that concept -- in that context?  I'm
21 sorry.
22 A   I think I was mandatory.
23 Q   Okay.  You're mandatory to report alleged
24 domestic violence against another adult?
25 A   I thought I was.

Page 23

1  Q   You say you thought you were, do you not
2  know that you're not?
3  A   No, I still think I was.  I still think
4  that's mandatory, but I never asked a lawyer about
5  it.
6  Q   Are you aware of the mandatory reporting
7  requirements by the Florida Department of Education?
8  A   I don't know.  I know some, but I don't
9  know if I know all of it.
10 Q   Did you have any conversations with
11 Mrs. Shimy since she left the college as an
12 employee?
13 A   Has she had, did you say?
14 Q   Have you had any conversations with
15 Mrs. Shimy?
16 A   No.
17 Q   What about Mr. Shimy, have you talked to
18 him at all?
19 A   No.
20 Q   Do you know Randall Fletcher?
21 A   Mr. Fletcher, yes.  Well, I know who he
22 is.
23 Q   Have you had any conversions with him
24 about Mr. Shimy?
25 A   No.

Page 24

1      MS. MIHOK:  All right.  That's all the
2  questions I have for you.  Mark may have some.
3      MR. LEVITT:  I don't have any questions.
4      MS. MIHOK:  Okay.  In the event that this
5  deposition is transcribed onto paper which it
6  will be, you are given an opportunity to review
7  that transcript to make sure the court reporter
8  took down your testimony accurately or you can
9  waive that right.  Would you like to read or
10 waive?
11     MR. LEVITT:  She'll read.  And you can do
12 it through us.  Even though she's retired we
13 did produce her.  So you can also do hers
14 through us.
15     MS. MIHOK:  Okay.  Very well.  Mr. Levitt
16 will then contact you when the deposition is
17 transcribed so you can review it.  Okay.
18     THE WITNESS:  Thank you.
19     MS. MIHOK:  Thank you very much for your
20 time.
21     COURT REPORTER:  Mr. Levitt, are you going
22 to order?
23     MS. MIHOK:  I'm going to order.
24     MR. LEVITT:  I'll take a copy.
25     (Whereupon, the deposition was

Page 25

1  concluded at 12:41 p.m.)
2          - - -

7 (Pages 22 - 25)

**Exhibit 5**

```
                                              Page 26                                                    Page 28
 1        CERTIFICATE OF OATH                          1  Mark Levitt, Esq.
 2       VIDEO CONFERENCE PROCEEDINGS                     mlevitt@fordharrison.com
 3                                                     2
 4  THE STATE OF FLORIDA    )                                              February 18, 2025
 5  COUNTY OF MIAMI-DADE    )                          3
 6                                                        RE: Islam "Sal" Shimy -vs- Eastern Florida State
 7        I, the undersigned authority, certify        4  College, Board of Trustees
 8  that PATTI SALVO personally appeared before me via 5  DATE: February 4, 2025   WITNESS: Patti Salvo
 9  Zoom and was duly sworn.                              JOB NUMBER: 7150230
10                                                     6
11        WITNESS my hand and official seal this          The above-referenced transcript is available
12  4th day of February, 2025.                         7  for review.
13                                                     8     The witness should read the testimony to verify
14                                                     9  its accuracy. If there are any changes, the witness
                                                      10  should note those with the reason on the attached
15        MABEL RUANO, REPORTER                       11  Errata Sheet.
16        Notary Public - State of Florida            12     The witness should, please, date and sign the
17        Commission No. HH 119146                    13  Errata Sheet and email to the deposing attorney as
18        Expires April 28, 2025                      14  well as to Veritext at Transcripts-fl@veritext.com
19                                                    15  and copies will be emailed to all ordering parties.
20      Personally known ____ or produced             16     It is suggested that the completed errata be
21      identification X                              17  returned 30 days from receipt of testimony, as
22      Type of Identification Produced               18  considered reasonable under Federal rules*, however,
23      Photographic Identification                   19  there is no Florida statute to this regard.
24                                                    20     If the witness fails to do so, the transcript
25                                                    21  may be used as if signed.
                                                      22            Yours,
                                                      23            Veritext Legal Solutions
                                                      24  *Federal Civil Procedure Rule 30(e)/Florida Civil
                                                      25  Procedure Rule 1.310(e).

                                              Page 27                                                    Page 29
 1        TRANSCRIPT CERTIFICATE                       1  Islam "Sal" Shimy -vs- Eastern Florida State
 2                                                        College, Board of Trustees
 3                                                     2
 4  STATE OF FLORIDA    )                                 DATE: 2/4/25  WITNESS: Patti Salvo
 5  COUNTY OF MIAMI-DADE )                             3
 6                                                            E R R A T A   S H E E T
 7     I, MABEL RUANO, Reporter, certify that          4
 8  I was authorized to and did stenographically          PAGE____ LINE____ CHANGE_____
 9  report the foregoing proceedings and that the      5
10  transcript is a true and complete record of my        _____
11  stenographic notes.                                 6
12                                                        REASON_____
13  DATED this 18th day of February, 2025.             7
14                                                        PAGE____ LINE____ CHANGE_____
15                                                     8
16                                                        _____
                                                       9
17      MABEL RUANO, REPORTER                             REASON_____
18      Notary Public                                 10
19                                                        PAGE____ LINE____ CHANGE_____
20                                                    11
21                                                        _____
22                                                    12
23                                                        REASON_____
24                                                    13
25                                                        PAGE____ LINE____ CHANGE_____
                                                      14
                                                          _____
                                                      15
                                                          REASON_____
                                                      16
                                                          PAGE____ LINE____ CHANGE_____
                                                      17
                                                          _____
                                                      18
                                                          REASON_____
                                                      19
                                                      20  Under penalties of perjury, I declare that I have
                                                      21  Read the foregoing document and that the facts
                                                      22  Stated in it are true.
                                                      23  _____  _____
                                                      24  (WITNESS NAME)                  DATE
                                                      25
```