

# BREVARD COUNTY SHERIFF'S OFFICE
## CASE REPORT
700 S. Park Avenue
Titusville FL 32780

CASE #: 2021-00451268

## EVENT

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | | |
|---|---|---|---|
| 12/09/2021 16:00 | Battery Domestic Violence | | |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE | |
| 10/08/2021 20:00 | 10/09/2021 04:00 | [redacted] | |

## OFFENSES

| STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|
| 784.045.2. Agg Battery Domestic Viol | 1 | Commit |
| 914.22.2d Tamper in Felony 1st Deg Proceeding | 1 | Commit |

## SUBJECT 01

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | PRIMARY PHONE |
|---|---|---|
| Adult Suspect | SHIMY, ISLAM WAHID | Cellular Phone |
| ADDRESS (STREET, CITY, STATE, ZIP) | | PHONE #2 |
| [redacted] | | |

| DOB | AGE or AGE RANGE | SEX | RACE | HEIGHT or RANGE | WEIGHT or RANGE | EYES | HAIR |
|---|---|---|---|---|---|---|---|
| | | Male | White | 5'7  5'7 | 160  160 | Brown | Black |

| DL NUMBER/STATE | SSN | ALIAS (LAST, FIRST, MIDDLE) |
|---|---|---|
| [redacted] / FL | | |

| EMPLOYER NAME AND ADDRESS | SCARS, MARKS OR TATTOOS |
|---|---|
| Employer: efsc [redacted] | |

## SUBJECT 02

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | PRIMARY PHONE |
|---|---|---|
| Adult Victim | [redacted] | Cellular Phone |
| ADDRESS (STREET, CITY, STATE, ZIP) | | PHONE #2 |
| [redacted] | | |

| DOB | AGE or AGE RANGE | SEX | RACE | HEIGHT or RANGE | WEIGHT or RANGE | EYES | HAIR |
|---|---|---|---|---|---|---|---|
| | | Female | Other | 5'2  5'2 | | Brown | Brown |

| DL NUMBER/STATE | SSN | ALIAS (LAST, FIRST, MIDDLE) |
|---|---|---|
| [redacted] | | |

| EMPLOYER NAME AND ADDRESS | SCARS, MARKS OR TATTOOS |
|---|---|
| Employer: EFSC [redacted] | |

---

I swear/affirm the above and attached statements are true and correct.   Patrol - North

Sworn to and subscribed before me the undersigned authority. Notary/Law Enforcement Officer in performance of official duties  Personally Known

| WRITTEN BY | DATE | NOTARIZED BY | DATE |
|---|---|---|---|
| Jenkins, Christina  3922 | 12/09/2021 | Castiello, Christopher | 12/10/2021 |
| APPROVED BY | DATE | | |
| Castiello, Christopher | 12/10/2021 | Document Electronically Signed | |

EXHIBIT
Shimy-22



## BREVARD COUNTY SHERIFF'S OFFICE
### CASE REPORT
700 S. Park Avenue
Titusville FL 32780

CASE# 2021-00451268

### NARRATIVE

Section 1: Narrative

On December 9, 2021, at approximately 1610 hours, I responded to the residence at the Sunrise Landing Condos located at, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in reference to a battery domestic violence.

Prior to arrival, I was informed by dispatch the battery was not in progress and had occurred in October.

Upon arrival, I observed a Ring brand doorbell camera at the entrance of the residence. Once I made contact with ▮▮▮ ▮▮▮▮▮▮▮▮▮ (victim). I asked her if her husband had access to the camera and if they were any others in the residence. She advised there may be more cameras and he did have access to them. I asked if she would be more comfortable to meet me across the street at the Walgreens to which she agreed.

I spoke with ▮▮▮▮▮▮▮▮▮ in the back Walgreens parking lot. ▮▮▮▮▮▮▮▮ stated to me the following in summation in a sworn audio statement: On October 8, 2021, during the late evening hours, she got into an argument with her husband, Mr. Islam Shimy (suspect) in reference to a "321" area code on his phone. ▮▮▮▮▮▮▮ was sitting on the edge of the bed with her hands and arms in her lap while Mr. Shimy was standing in front of her. During the course of the argument, Mr. Shimy slammed his closed fist down onto her right forearm. She recalled hearing a "crack" sound and began to fight Mr. Shimy away. Mr. Shimy then grabbed her face with his right hand and dug his nails into her skin leaving four lacerations on the left side of her face under her eye and one laceration on the right side of her face above her mouth.

▮▮▮▮▮▮▮ required immediate medical attention due to her injuries but was not permitted to contact emergency services. Mr. Shimy took her phone and would not let her call 911 because he did not want to get arrested for domestic violence again. She was given permission to contact her friend, ▮▮▮▮▮▮▮▮▮▮ (witness) and her husband, who lives in Rockledge to pick her up and take her to the hospital.

While in the Emergency Room at Rockledge Regional Medical Center located at, 110 Longwood Avenue, Rockledge, Brevard County, Florida, ▮▮▮▮▮▮▮ informed staff she broke her arm during a fall and sustained injuries on her face because she hit the door as she fell. ▮▮▮▮▮▮▮ recalled one of the attending nurses did not seem to believe her and provided her with paperwork for Domestic Violence victims.

▮▮▮▮▮▮▮ provided me with a selfie she took on October 8th after the incident that showed the injuries on her face. She did not have a picture of her arm but displayed a small raised area underneath her skin where the bone was previously broken.

Due to Mr. Shimy's prior domestic violence arrest on January 27, 2021, (CR#2021-035371), ▮▮▮▮▮▮▮ had already been in contact with Brevard County Sheriff's Office Victim Advocate Ms. Cynthia. She advised she has stayed in contact with her and was advised to call law enforcement to make a report of the incident that occurred on October 8, 2021.

▮▮▮▮▮▮▮ advised she works on the same Eastern Florida State College campus with her husband but have not been living together since law enforcement responded to the residence on November 13, 2021. (CR#2021-418005) Mr. Shimy

Patrol - North

| WRITTEN BY | DATE | APPROVED BY | DATE |
|---|---|---|---|
| Jenkins, Christina 3922 | 12/09/2021 | Castiello, Christopher | 12/10/2021 |

BCSO Case 2021-00451268 Page 2 OF 4

**Exhibit 4**



## BREVARD COUNTY SHERIFF'S OFFICE
### CASE REPORT
700 S. Park Avenue
Titusville FL 32780

CASE # 2021-00451268

### NARRATIVE (continuation)

left and began to live with his parents at ▮▮▮▮▮▮▮▮▮▮▮▮

Throughout my investigation, ▮▮▮▮▮ was in fear of her husband finding out she made contact with law enforcement. She advised when he was previously arrested, he pressured her to drop charges and was in fear of what he would do if he was arrested again.

Per authorization of Sgt. Hawkins #0731, I contacted the on call Special Victims Unit Agent N. Bailey #3851 and informed her of the incident. Agent Bailey advised for me to collect a Medical Release form from ▮▮▮▮▮ and to submit a capias request to the State Attorney's Office. Agent Bailey advised she would assist with retrieving medical records from Rockledge Regional Medical Center on a later date.

I explained the purpose of the Medical Records Release to ▮▮▮▮▮ who agreed and signed the form. She also completed and signed a Victim's Rights and Remedies, Victim Notification, and received a Domestic Violence brochure with a case report number.

I advised ▮▮▮▮▮ to remain in contact with the victim advocate and other victim services she had consulted with.

A courtesy copy of this report is to be sent to SVU Agent Bailey.

Section 2: Crime Scene
This crime scene consisted of the residence at the ▮▮▮▮▮▮▮▮▮▮▮▮ and more specifically ▮▮▮▮▮ person.

▮▮▮▮▮ provided me with a selfie she took on December 8th of the injuries on her face but did not have any of her arm. I took photos of her person currently and uploaded all photos to Digital Evidence.

▮▮▮▮▮ statement was captured on Unit #91762's in car camera WatchGuard system.

No further items of evidentiary value were collected by this deputy at this time.

Section 3: Disposition
This case is pending with a capias request for Mr. Islam W. Shimy (O/M DOB ▮▮▮▮▮) for the charges of F.S.S. 784.045.2 Aggravated Battery Domestic Violence and F.S.S. 914.22.2d Tampering with the Proceeding of a Felony (preventing victim from calling 911) and referred to the State Attorney's Office.

Patrol - North

| WRITTEN BY | DATE | APPROVED BY | |
|---|---|---|---|
| Jenkins Christina  3922 | 12/09/2021 | Castiello, Christopher | 12/10/2021 |

**Exhibit 6**



| BREVARD COUNTY SHERIFF'S OFFICE | |
|---|---|
| CASE REPORT<br>700 S. Park Avenue<br>Titusville FL 32780 | CASE #<br>2021-00451268 |

### NARRATIVE (continuation)

Section 4: Enclosures

1) Capias Request
2) Cost Affidavit
3) Medical Release
4) DV Worksheet
5) Victim Notification
6) Victim's Rights and Remedies
7) Digital Evidence
8) WatchGuard video

In accordance with FS 938.27, reimbursement of investigative costs in the amount of $125.00 is requested.

Patrol - North

| WRITTEN BY | DATE | APPROVED BY | |
|---|---|---|---|
| Jenkins Christina 3922 | 12/09/2021 | Castiello, Christopher | 12/10/2021 |

**Exhibit 4**

**Exhibit 6**

# BREVARD COUNTY SHERIFF'S OFFICE
## CASE SUPPLEMENT REPORT
700 S. Park Avenue
Titusville FL 32780

CASE# 2021-00451268

**EVENT**
- REPORTED DATE/TIME: 12/09/2021 16:00
- OCCURRED INCIDENT TYPE:
- OCCURRED FROM DATE/TIME:
- OCCURRED THRU DATE/TIME:
- LOCATION OF OCCURRENCE:

**OFFENSES**
| STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|
| | | |

**SUBJECT 01**
- JACKET/SUBJECT TYPE: Adult Involved Person
- NAME (LAST, FIRST, MIDDLE SUFFIX): [redacted]
- PRIMARY PHONE: [redacted]
- ADDRESS (STREET, CITY, STATE, ZIP): [redacted]
- PHONE #2:
- DOB: [redacted]
- AGE or AGE RANGE: [redacted]
- SEX: Male
- RACE: Other
- HEIGHT or RANGE: 5'8  5'8
- WEIGHT or RANGE: 180  180
- EYES: Brown
- HAIR: Black
- DL NUMBER/STATE: [redacted]
- SSN:
- ALIAS (LAST, FIRST, MIDDLE):
- EMPLOYER NAME AND ADDRESS: No Info Available
- SCARS, MARKS OR TATTOOS:

**SUBJECT**
- JACKET/SUBJECT TYPE:
- NAME (LAST, FIRST, MIDDLE SUFFIX):
- PRIMARY PHONE:
- ADDRESS (STREET, CITY, STATE, ZIP):
- PHONE #2:
- DOB:
- AGE or AGE RANGE:
- SEX:
- RACE:
- HEIGHT or RANGE:
- WEIGHT or RANGE:
- EYES:
- HAIR:
- DL NUMBER/STATE:
- SSN:
- ALIAS (LAST, FIRST, MIDDLE):
- EMPLOYER NAME AND ADDRESS:
- SCARS, MARKS OR TATTOOS:

I swear/affirm the above and attached statements are true and correct. Patrol - North

Sworn to and subscribed before me the undersigned authority. Notary/Law Enforcement Officer in performance of official duties Personally Known

| WRITTEN BY | DATE | NOTARIZED BY | DATE |
|---|---|---|---|
| Jenkins Christina  3922 | 12/13/2021 | Hawkins, Sean | 12/13/2021 |
| APPROVED BY | DATE | | |
| Hawkins, Sean | 12/13/2021 | Document Electronically Signed | |

BCSO Case Supp 2021-00451268 Page 1 OF 2

**Exhibit 4**



# BREVARD COUNTY SHERIFF'S OFFICE
## CASE SUPPLEMENT REPORT
700 S. Park Avenue
Titusville FL 32780

CASE# 2021-00451268

## NARRATIVE

### Section 1: Narrative

The purpose of this supplement was to add a module for ▮▮▮▮▮▮▮▮▮ (involved person) who was not added to the original report due to technical issues.

### Section 2: Crime Scene

This supplement does not alter the crime scene from the original report.

### Section 3: Disposition

This supplement does not alter the original case report's disposition.

### Section 4: Enclosures

There are no enclosures attached to this report.

Patrol - North

| WRITTEN BY | DATE | APPROVED BY | DATE |
|---|---|---|---|
| Jenkins Christina 3922 | 12/13/2021 | Hawkins, Sean | 12/13/2021 |

BCSO Case Supp 2021-00451268 Page 2 OF 2

**Exhibit 4**