UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISLAM "SAL" SHIMY,

    Plaintiff,

v.                                  CASE NO. 6:23-cv-01869-RBD-DCI

EASTERN FLORIDA STATE COLLEGE,
BOARD OF TRUSTEES,

    Defendant.
_____/

## AFFIDAVIT OF JOHN ROGER "JACK" PARKER

STATE OF FLORIDA          )
COUNTY OF Brevard      )

    I, John Roger "Jack" Parker, upon my oath and first duly sworn, depose and state as follows:

    1.    I have personal knowledge of the matters herein referred to and am competent to provide this testimony.

    2.    I am over the age of 18 and am a resident of the State of Florida.

    3.    I am currently employed by Eastern Florida State College ("College") as its Vice President for External Affairs and have held this role since 2016.

    4.    I have been employed by the College since August 2013.

    5.    Prior to working with the College, I was the Sheriff of Brevard County for eight years from 2005 through 2013.

1

6. Prior to becoming Sheriff, I was the Public Safety Director for Brevard County from 1997 through 2005.

7. Prior to working for Brevard County, I worked at the Brevard County Sheriff's Office from 1983 through 1997.

8. In my current role as the College's Vice President for External Affairs, I oversee several departments, including, but not limited to, the security department and the public safety institute.

9. In December 2021, Islam "Sal" Shimy's ("Shimy") wife, who was also employed by the College, reported to her supervisor, Patty Salvo, that Shimy engaged in domestic violence against his wife.

10. As a result of the allegations reported by Shimy's wife to Salvo, the College's security department commenced an investigation into Shimy.

11. As part of the investigation, the College's security department obtained several reports from law enforcement agencies and court documents relating to allegations of domestic violence against Shimy toward his wife.

12. These documents obtained by the College's security department showed that Shimy had a history of domestic violence allegations toward his wife, who at the time, was also an employee of the College, which included at least one arrest, several other instances resulting in law enforcement involvement, and a court ordered injunction against Shimy.

13. The information obtained by the College's security department was shared with the College's Associate Vice President of Human Resources and Randall

2

Fletcher ("Fletcher"), who at the time was the College's Vice President of Academic and Student Affairs/Chief Learning Officer ("CLO").

14. The College Administration was very concerned with the nature of the allegations against Shimy, which caused concern for the safety of our students and our College community, and specifically concern with the safety of Shimy's wife, who as already noted was working for the College.

15. Following the College's non-renewal of Shimy's annual contract in April 2022, Shimy was arrested and charged with felony battery in February 2023 as a result of domestic violence allegations toward his wife, which arrest was related to the allegations that were pending against Shimy at the time that the College decided not to renew his annual contract.

FURTHER AFFIANT SAYETH NAUGHT.

_____
John Roger "Jack" Parker

STATE OF FLORIDA )
COUNTY OF Brevard )

Subscribed and sworn to before me this 27th day of March, 2025, by John Roger "Jack" Parker, who is personally known to me or produced _____ as identification and who did take an oath.

_____
Notary Public, State of Florida
(seal or stamp)



JESSIE BOYD
Notary Public - State of Florida
Commission # HH 328926
My Comm. Expires Jan 16, 2027
Bonded through National Notary Assn.

3