

# Eastern Florida
## STATE COLLEGE

## EFSC SECURITY
## STATEMENT FORM

☐ Victim ☐ Witness ☐ Complainant ☐ Suspect ☐ Defendant ☐ Officer

| Case # | (PLEASE PRINT) | Date of statement: 12/14/21 |

| Name: Patty Salvo | DOB: [redacted] | Gender: F | B# B00082243 |
| Address: 1519 Clearlake Rd 25-111 | City: Cocoa | State: FL | Zip: 32922 |
| Phone #: [redacted] | | | |
| Location Where Statement is Being Made: Cocoa | | Time of Statement: 9:30 AM |

I am supervisor of [redacted] B00544490 Monday, 12/13/21, she confided to me that she was experiencing difficulties in her marriage. She shared several instances of physical abuse. The first was about a year ago when she was beaten. She stated that she reported this one to law enforcement. A few months ago, shortly after the birth of their daughter, she stated that her husband broke her arm and caused bleeding to her face. She did not report him at the time but told the hospital staff that she fell.

At Thanksgiving, she was on a trip out-of-state with her husband and baby daughter. They had an argument and her husband put her and the baby out of the car and left them. I'm a little unclear of who she found to help her but I believe she said law enforcement. Someone purchased a plane ticket and flew her and the baby back to her home in Florida.

[redacted] stated that after talking with her husband about options, she felt it was time to seek help. She stated

By signing this document you are acknowledging the information contained herein is true and correct to the best of your knowledge and acknowledging the making of a false statement is a violation of the Student Code of Conduct of Eastern Florida State College, and may be a violation of Florida State Statues

Signature  *Patty Salvo*

Page  1  of  2

**DEF0427**

Exhibit 8

STATEMENT FORM CONTINUATION

Name: 

DATE:

Case #

that she has made a complaint to the Sheriff's department and has been speaking with a counselor. She said the Sheriff's department is tracking her past medical reports now.

Her husband has left their home in Cocoa and is living with his parents in Orlando.

███ just began working at the college in November as a PT coordinator for Workforce Training on the Cocoa Campus.

Her husband, Sal Shimy, is a full-time faculty, teaching business classes on the Cocoa Campus. They would not have any need to be in contact with one another on work releated business.

After hearing ███ statements, I notified my immediate supervisor, Stephen Taylor, Director of Workforce and Perkins, of the incident.

Signature: Patty Salow

**DEF0428**