# Exhibit 9

Case # :          IR2021-000433



**Eastern Florida State College**
**COCOA -**
**1519 CLEARLAKE ROAD**
**COCOA, FL, 32922**

Incident Report

Reported By:   **MARTIN, KENNETH**

| Incident Types Label | | Offender | Incident Disposition |
|---|---|---|---|
| **DOMESTIC VIOLENCE** | | **SHIMY, ISLAM (SUSPECT)** | **REFERRED TO LEO** |

| Disposition-Report | Method of Reporting |
|---|---|
| **PENDING INVESTIGATION** | **ASSIGNED** |

| Incident Occurred Date | Incident Occurred End Date | Incident Discovered / Called In |
|---|---|---|
| **12/13/2021 at 1200** | **12/14/2021 at 1255** | **12/14/2021 at 0919** |

| Location | Specific Location |
|---|---|
| **COCOA : NON-COLLEGE PROPERTY** | |

| Manager/Supervisor on Duty | Manager/Supervisor Notified |
|---|---|
| **DAVIS, GINGER** | **YES** |

| Report Synopsis/Overview |
|---|
| **A staff member was reported to be involved in a domestic violence situation.** |

---

### List of supplemental reports

**Follow Up IR2021-000433_1**
**Follow Up IR2021-000433_1_1**
**Follow Up IR2021-000433_2**

### List of contacts in this report

| | | |
|---|---|---|
| **CADORE, MICHAEL** | **INVOLVED PARTY** | **IR2021-000433_2** |
| **SALVO, PATTY** | **REPORTING PERSON** | **IR2021-000433** |
| **SHIMY, ISLAM** | **SUSPECT** | **IR2021-000433** |
| | **VICTIM** | **IR2021-000433** |
| | **VICTIM** | **IR2021-000433_1** |

### Contact # 1   (REPORTING PERSON)

| Full Name | B number |
|---|---|
| **PATTY LYNN SALVO** | |

| Drivers License | Drivers LicenseState | Email Address |
|---|---|---|
| | **FL** | |

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| **63** | | **F** | **W** |

| Department | Title |
|---|---|
| **FACULTY** | **DIR. CORPORATE SERVICES** |

### Addresses

| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
|---|---|---|---|---|
| | | | | |

| Prepared By: | Submitted Date |
|---|---|
| MARTIN, KENNETH(martink) | 12/16/2021 0959 |

| Signature | Reviewed By/Date |
|---|---|
| | DAVIS, GINGER 01/06/2022 1151 |

EXHIBIT
Shimy 93
1-30-25 AM

THIS REPORT (INCLUDING ANY ENCLOSURES AND ATTACHMENTS) IS STRICTLY CONFIDENTIAL ... FLORIDA STATE COLLEGE SECURITY DEPARTMENT. UNLESS WE PROVIDE EXPRESS PRIOR WRITTEN CONSENT, THIS REPORT OR
INFORMATION CONTAINED THEREIN, CANNOT BE DISTRIBUTED, REPRINTED, REPRODUCED OR COM...

# Exhibit 9

Case # :    **IR2021-000433**

| 1519 | | CLEARLAKE | | ROAD | BLD 25-113 |
|------|--|-----------|--|------|-----------|
| City | State | Zip | Country | | Address Type |
| **COCOA** | **FL** | **32922** | | | **ON CAMPUS** |

**Phones :**

███████████

---

**Contact # 2  (VICTIM)**

| Full Name | | B number | |
|-----------|--|----------|--|
| ███████████ | | ███████ | |

| Age | Date of Birth | Gender | Race |
|-----|---------------|--------|------|
| | | **FEMALE** | |

| Department | | Title |
|------------|--|-------|
| **FACULTY** | | **WORKFORCE TRNG PRGRM** |

**Addresses**

| Street Number | Street Direction | Street Name | | | Street Type | Apt./Suite |
|---------------|------------------|-------------|--|--|-------------|-----------|
| 1519 | | CLEARLAKE | | | ROAD | BLD 3 RM 11 |
| City | State | Zip | Country | | | Address Type |
| **COCOA** | **FL** | **32922** | | | | **ON CAMPUS** |

**Phones :**

---

**Contact # 3  (SUSPECT)**

| Full Name | B number |
|-----------|----------|
| **ISLAM  SHIMY** | **B00466985** |

| Drivers License | Drivers LicenseState | Email Address |
|-----------------|----------------------|---------------|
| | | |



| Age | Date of Birth | Gender | Race |
|-----|---------------|--------|------|
| | | **MALE** | |

| Height | Weight | Hair Color | Eye Color |
|--------|--------|------------|-----------|
| | | | |

| Approx. Age | Demeanor | Build | Clothing |
|-------------|----------|-------|----------|
| | | | |

| Department | | Title |
|------------|--|-------|
| **FACULTY** | | **BUSINESS/EDUCATION** |

Notes:

**Addresses**

| Street Number | Street Direction | Street Name | | | Street Type | Apt./Suite |
|---------------|------------------|-------------|--|--|-------------|-----------|
| 1519 | | CLEARLAKE | | | ROAD | BLD5-245 |
| City | State | Zip | Country | | | Address Type |
| **COCOA** | **FL** | **32922** | | | | **ON CAMPUS** |

**Phones :**

---

| Prepared By: | | Submitted Date |
|--------------|--|----------------|
| MARTIN, KENNETH(martink) | | 12/16/2021 0959 |
| **Signature** | | **Reviewed By/Date** |
| | | DAVIS, GINGER 01/06/2022 1151 |

THIS REPORT (INCLUDING ANY ENCLOSURES AND ATTACHMENTS) IS STRICTLY CONFIDENTIAL AND IS TO BE USED EXCLUSIVELY BY EASTERN FLORIDA STATE COLLEGE SECURITY DEPARTMENT. UNLESS WE PROVIDE EXPRESS PRIOR WRITTEN CONSENT, THIS REPORT OR INFORMATION CONTAINED THEREIN, CANNOT BE DISTRIBUTED, REPRINTED, REPRODUCED OR COMMUNICATED TO ANY THIRD PARTY.

**Exhibit 9**

Case # :    IR2021-000433

**(CELL) 3407-970-5616**

| Prepared By: | | Submitted Date |
|---|---|---|
| MARTIN, KENNETH(martink) | | 12/16/2021 0959 |
| **Signature** | | **Reviewed By/Date** |
| | | DAVIS, GINGER 01/06/2022 1151 |

THIS REPORT (INCLUDING ANY ENCLOSURES AND ATTACHMENTS) IS STRICTLY CONFIDENTIAL AND IS TO BE USED EXCLUSIVELY BY EASTERN FLORIDA STATE COLLEGE SECURITY DEPARTMENT. UNLESS WE PROVIDE EXPRESS PRIOR WRITTEN CONSENT, THIS REPORT OR INFORMATION CONTAINED THEREIN, CANNOT BE DISTRIBUTED, REPRINTED, REPRODUCED OR COMMUNICATED TO ANY THIRD PARTY.

## Digital Media List

**Digital Media # 1**

| Title | Description |
|---|---|
| | **Finger Print Log** |



| Prepared By: | | Submitted Date |
|---|---|---|
| MARTIN, KENNETH(martink) | | 12/16/2021 0959 |
| **Signature** | **Reviewed By/Date** | |
| | DAVIS, GINGER 01/06/2022 1151 | |

THIS REPORT (INCLUDING ANY ENCLOSURES AND ATTACHMENTS) IS STRICTLY CONFIDENTIAL AND IS TO BE USED EXCLUSIVELY BY EASTERN FLORIDA STATE COLLEGE SECURITY DEPARTMENT. UNLESS WE PROVIDE EXPRESS PRIOR WRITTEN CONSENT, THIS REPORT OR INFORMATION CONTAINED THEREIN, CANNOT BE DISTRIBUTED, REPRINTED, REPRODUCED OR COMMUNICATED TO ANY THIRD PARTY.

Case # :  IR2021-000433

**Exhibit 9**

**Digital Media # 2**

| Title | Description |
|---|---|
| **EMPLOYEE LOCATOR** | **Staff Involved** |



| Prepared By: | Submitted Date |
|---|---|
| MARTIN, KENNETH(martink) | 12/16/2021 0959 |

| Signature | Reviewed By/Date |
|---|---|
| | DAVIS, GINGER 01/06/2022 1151 |

THIS REPORT (INCLUDING ANY ENCLOSURES AND ATTACHMENTS) IS STRICTLY CONFIDENTIAL AND IS TO BE USED EXCLUSIVELY BY EASTERN FLORIDA STATE COLLEGE SECURITY DEPARTMENT. UNLESS WE PROVIDE EXPRESS PRIOR WRITTEN CONSENT, THIS REPORT OR INFORMATION CONTAINED THEREIN, CANNOT BE DISTRIBUTED, REPRINTED, REPRODUCED OR COMMUNICATED TO ANY THIRD PARTY.

```
Digital Media # 3
```

| Title | Description |
|---|---|
| **PATTY SALVO** | **Security Statement** |

**Narrative text**

On December 14, 2021 I, Officer Ken Martin was notified by Lieutenant Rob Delaune to procure a security statement from Patty Salvo (Director of Corporate Services) Cocoa Campus. This statement was concerning a possible Domestic Violence incident between two staff members that work at the Cocoa Campus , ▮▮▮▮ ▮▮▮▮▮ (Workforce Program) and Islam Shimy (Business/Education).

I proceeded to Building 13 and met with Mrs. Salvo at her office. The following is a summary of the statement obtained from Salvo which is attached to this report: Mrs. Salvo stated that on December 13, 2021, ▮▮▮▮▮ had confided to her that she has experienced several instances of physical abuse in her marriage to Mr. Islam Shimy. ▮▮▮▮▮ had stated that the first instance had occurred about a year ago when she was beaten, and that she had reported this one to Law Enforcement. In a separate instance ▮▮▮▮ stated that her husband had broken her arm and caused bleeding to her face, which had occurred several months ago. She had gone to the Hospital and informed the Hospital staff that she had fallen. She informed Salvo that she did not report Shimy to Law Enforcement at that time. ▮▮▮▮ then related a third event that happened when she was on a trip out of state with her husband and daughter at Thanksgiving . She stated that they had an argument and her husband had put her and her baby out of the car and left them. Mrs. Salvo believed that Law Enforcement had helped her and that someone had purchased a plane ticket and flew her and the baby back home to Florida. ▮▮▮▮ stated that after talking about options with her husband, she felt it was time to seek help and had made a complaint to the Sheriffs Department. ▮▮▮▮ further stated that her husband has left their home in Cocoa and is living with his parents in Orlando, and that she and her daughter remain in Cocoa. Salvo then notified her Supervisor, Mr. Stephen Taylor (Director of Workforce) of the incident.

On December 14, 2021 at approximately 1210 I spoke with ▮▮▮▮▮ at her Office in Building 3. She declined to provide a written Statement. The following is a summary of the verbal statement obtained from her: ▮▮▮▮ stated that approximately one year ago her Husband had beat her by punching and slapping her face and eye. She stated that she notified law enforcement at the time and they had arrested her husband for Domestic violence. She stated that she did not have any place to go and was alone, and that she did not wish to get her husband in trouble with the College. She was concerned that he may lose his job, and stated that she had dropped all the charges against him.

▮▮▮▮ then related a separate incident that had occurred a few months ago. ▮▮▮▮ stated that her husband had broken her arm and caused bleeding to her face. She had gone to the Hospital and informed the Hospital staff that she had fallen, but the Hospital staff did not believe her. ▮▮▮▮ stated that she did not report that incident to Law Enforcement at the time, but was given Domestic Violence paperwork to fill out at the Hospital , which she did not do.

▮▮▮▮ then informed me of another event which took place around Thanksgiving 2021. She stated that she was on an out

| Prepared By: | | Submitted Date |
|---|---|---|
| MARTIN, KENNETH(martink) | | 12/16/2021 0959 |
| **Signature** | **Reviewed By/Date** | |
| | DAVIS, GINGER 01/06/2022 1151 | |

THIS REPORT (INCLUDING ANY ENCLOSURES AND ATTACHMENTS) IS STRICTLY CONFIDENTIAL AND IS TO BE USED EXCLUSIVELY BY EASTERN FLORIDA STATE COLLEGE SECURITY DEPARTMENT. UNLESS WE PROVIDE EXPRESS PRIOR WRITTEN CONSENT, THIS REPORT OR INFORMATION CONTAINED THEREIN, CANNOT BE DISTRIBUTED, REPRINTED, REPRODUCED OR COMMUNICATED TO ANY THIRD PARTY.

**Exhibit 9**

Case # : **IR2021-000433**

of state trip with her husband and their daughter, and that they had gotten into an argument concerning when she had made a complaint against him previously. He then told her to get out of the car and left her and her baby on the side of the road in the freezing cold. She stated she had called his cell phone and spoke to him. ██████ had asked him for help in getting back home by plane or car, and that he had hung up on her and blocked her calls. She stated that a Law Enforcement Officer had stopped to help her and had given her a ride to the airport. She then bought a ticket and had flown back home.

██████ stated that she did not know what to do after these incidents and had filed a complaint against her husband with the Sheriffs Office, and that they were checking into her Hospital records. She then stated if she was able to, she was going to contact the Sheriffs Office and withdraw her complaint because he is her daughters father and she does not want to hurt him. She also stated there were no Emergency Protective Orders in place. ██████ stated that she and her husband do not live together anymore, and that she felt there would be no further problems as they would probably divorce.

I asked ██████████ if she had been informed of the EFSC Cares and she stated she had been speaking with a counselor. I informed her to notify security immediately if there were any problems or further incidents. She stated that she would. I concluded this interview at approximately 1250 December 14, 2021.

During the interview with ██████ I remembered fingerprinting her for employment at the College. At that time she had one of her arms in a cast, and that had made it difficult to finger print her.
This occurred on October 13, 2021.

Lt. Delaune along with Sergeant Ginger Davis were notified of the results. This investigation is ongoing and is being referred to Local law enforcement.

Enclosures:  1 EFSC Security Statement (Salvo)
      3 Employee Locator Forms (Involved Staff)
      1 Copy of Fingerprint Log (██████████)

| Prepared By: | | Submitted Date |
|---|---|---|
| MARTIN, KENNETH(martink) | | 12/16/2021 0959 |
| **Signature** | | **Reviewed By/Date** |
| | | DAVIS, GINGER 01/06/2022 1151 |

THIS REPORT (INCLUDING ANY ENCLOSURES AND ATTACHMENTS) IS STRICTLY CONFIDENTIAL AND IS TO BE USED EXCLUSIVELY BY EASTERN FLORIDA STATE COLLEGE SECURITY DEPARTMENT. UNLESS WE PROVIDE EXPRESS PRIOR WRITTEN CONSENT, THIS REPORT OR INFORMATION CONTAINED THEREIN, CANNOT BE DISTRIBUTED, REPRINTED, REPRODUCED OR COMMUNICATED TO ANY THIRD PARTY.

Case # :
IR2021-000433_1



**Exhibit 9**



**Eastern Florida State College**
**COCOA -**
**1519 CLEARLAKE ROAD**
**COCOA, FL, 32922**

Follow Up

Reported By:    **CARSWELL, CHRISTOPHER**

| Parent Report Information | |
|---|---|
| Report Type | Reference Number |
| **Incident Report** | **IR2021-000433** |
| Report Recorder | Report Disposition |
| **MARTIN, KENNETH** | **PENDING INVESTIGATION** |
| Related Number: | Tracking Number |
| | **131609** |

| Follow Up Information |
|---|
| Synopsis |
| DOMESTIC VIOLECE INVESTIGAION FOLLOW UP |

| List of supplemental reports |
|---|
| **Follow Up IR2021-000433_1_1** |

| List of contacts in this report |
|---|

▓▓▓▓▓▓▓▓   **VICTIM**          IR2021-000433_1

| Contact # 1   (VICTIM) | |
|---|---|
| Full Name | B number |
| ▓▓▓▓▓▓▓▓ | ▓▓▓▓ |

| Drivers License | Drivers LicenseState | Email Address | |
|---|---|---|---|
| | | ▓▓▓▓▓▓▓ | |
| Age | Date of Birth | Gender | Race |
| **36** | ▓▓▓▓ | **FEMALE** | |
| Height | Weight | Hair Color | Eye Color |
| | | | |
| Approx. Age | Demeanor | Build | Clothing |
| | | | |
| Department | | Title | |
| **SUPPORT STAFF** | | **WORKFORCE TRNG PRGRM** | |
| Notes: | | | |

| Addresses | | | | | |
|---|---|---|---|---|---|
| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
| ▓ | ▓▓▓ | | | ▓▓ | |
| City | State | Zip | Country | | Address Type |

| Prepared By: | Submitted Date |
|---|---|
| CARSWELL, CHRISTOPHER(carswellr) | 02/18/2022 2213 |
| **Signature** | **Reviewed By/Date** |
| | DELAUNE, ROB 02/21/2022 1345 |

**Exhibit 9**

Case # :  IR2021-000433_1

| COCOA | | FL | 32927 | 204 | | HOME |
|---|---|---|---|---|---|---|
| Street Number | Street Direction | Street Name | | | Street Type | Apt./Suite |
| 1519 | | CLEARLAKE | | | ROAD | BLD 3 RM 11 |
| City | | State | Zip | Country | | Address Type |
| COCOA | | FL | 32922 | | | ON CAMPUS |

**Phones :**

█████████ 6

| Prepared By: | | Submitted Date |
|---|---|---|
| CARSWELL, CHRISTOPHER(carswellr) | | 02/18/2022 2213 |
| **Signature** | | **Reviewed By/Date** |
| | | DELAUNE, ROB 02/21/2022 1345 |

**Exhibit 9**

Case # : IR2021-000433_1

## Digital Media List

### Digital Media # 1

| Title | Description |
|---|---|
| **BCSO CASE REPORT** | **Jan 27 2021** |



| Prepared By: | | Submitted Date |
|---|---|---|
| CARSWELL, CHRISTOPHER(carswellr) | | 02/18/2022 2213 |
| **Signature** | **Reviewed By/Date** | |
| | DELAUNE, ROB 02/21/2022 1345 | |

**Exhibit 9** 

## Digital Media # 2

| Title | Description |
|---|---|
| **CAD REPORT** | **Nov 13** |



| Prepared By: | | Submitted Date |
|---|---|---|
| CARSWELL, CHRISTOPHER(carswellr) | | 02/18/2022 2213 |
| **Signature** | **Reviewed By/Date** | |
| | DELAUNE, ROB 02/21/2022 1345 | |

**Exhibit 9**

Case # :    IR2021-000433_1

**Digital Media # 3**

Title
**CAD  REPORT**

Description
**Nov 2013**



| Prepared By: | | Submitted Date |
|---|---|---|
| CARSWELL, CHRISTOPHER(carswellr) | | 02/18/2022 2213 |

| Signature | | Reviewed By/Date |
|---|---|---|
| | | DELAUNE, ROB 02/21/2022 1345 |

Case # :  IR2021-000433_1

**Exhibit 9**

```
Digital Media # 4
```

Title

Description
**DV Report**



| Prepared By: | | Submitted Date |
|---|---|---|
| CARSWELL, CHRISTOPHER(carswellr) | | 02/18/2022 2213 |
| **Signature** | | **Reviewed By/Date** |
| | | DELAUNE, ROB 02/21/2022 1345 |

**Exhibit 9**

Case # :   **IR2021-000433_1**

**Digital Media # 5**

| Title | Description |
|---|---|
| **BCSO** | **12/9/21 CR** |



| Prepared By: | | Submitted Date |
|---|---|---|
| CARSWELL, CHRISTOPHER(carswellr) | | 02/18/2022 2213 |
| **Signature** | **Reviewed By/Date** | |
| | DELAUNE, ROB 02/21/2022 1345 | |

Case # : **IR2021-000433_1**

**Digital Media # 6**

| Title | Description |
|-------|-------------|
| **DCF** | **Report** |



| Prepared By: | | Submitted Date |
|---|---|---|
| CARSWELL, CHRISTOPHER(carswellr) | | 02/18/2022 2213 |
| **Signature** | **Reviewed By/Date** | |
| | DELAUNE, ROB 02/21/2022 1345 | |

**Digital Media # 7**

| Title | Description |
| --- | --- |
| | **Interview** |

| Prepared By: | | Submitted Date |
| --- | --- | --- |
| CARSWELL, CHRISTOPHER(carswellr) | | 02/18/2022 2213 |
| Signature | Reviewed By/Date | |
| | DELAUNE, ROB 02/21/2022 1345 | |

**Exhibit 9**

Case # :    IR2021-000433_1

**Digital Media # 8**

| Title | Description |
|---|---|
| **CBPD** | **Case Report** |



| Prepared By: | | Submitted Date |
|---|---|---|
| CARSWELL, CHRISTOPHER(carswellr) | | 02/18/2022 2213 |
| **Signature** | | **Reviewed By/Date** |
| | | DELAUNE, ROB 02/21/2022 1345 |

`Digital Media # 9`

| Title | Description |
|---|---|
| **EFSC CASE REPORT** | **Shimy CR** |



**Narrative text**

INCIDENT

EFSC IR2021-000343
Reported Domestic Violence between Two employees that are Husband and wife.

SYNOPSIS

On Tuesday 12/14/2021 I was contacted by Lt. Delaune and asked to verify information regarding this incident.

On Tuesday, December 14, 2021, Officer Ken Martin took a report regarding a reported ongoing Domestic Violence issue between two EFSC employees that are husband and wife.
Officer Martin obtain written statement(s) from Patty Salvo, Employee ████ supervisor.
The report indicated that ████ had relayed to Ms. Salvo an ongoing Domestic Violence issue.

FOLLOW UP INVESTIGATION

During this investigation follow-up, Several Reports were located regarding reported Domestic Violence incidents between Shimy and ████.

The following are Brevard County cases handled by the Brevard County Sheriff's Office that were obtained from a Public Records Search of BECA and requested reports from Law-enforcement agencies.

 Case # 05-2021-MM-013153-AXXX-XX (Attachment enclosed)

Wednesday January 27, 2021, Islam Shimy was arrested and charged with Domestic Violence Battery Case # 05-2021-DR-013442-XXXX-XX (Attachment enclosed)

Tuesday February 23, 2021, A No information was filed by the States Attorney

Sometime in late September or early October 2022, ████ went to the Emergency Department of Rockledge Hospital with a broken arm and facial injuries, scratched and or abrasions.

Wednesday October 13, 2021, ████ was Fingerprinted by Cocoa Security as a New Hire applicant, ████ arm was in

| Prepared By: | | Submitted Date |
|---|---|---|
| CARSWELL, CHRISTOPHER(carswellr) | | 02/18/2022 2213 |
| **Signature** | **Reviewed By/Date** | |
| | DELAUNE, ROB 02/21/2022 1345 | |

**Exhibit 9**

a cast at that time.

Monday November 8, 2021, ██████ was hired by EFSC and completed her orientation.
Saturday November 13, 2021, BCSO responded to disturbance call, CAD entry indicates Nothing Physical took place. CAD Report # 2021-00418005.

Sunday November 14, 2022, BCSO responded back to the residence of Shimy and ██████. to a well-being check at the residence CAD reports nothing physical had occurred and no action was taken.

Sunday November 28, while in Myrtle Beach South Carolina Shimy and ██████ became involved in an altercation. North Myrtle Beach Police Department responded and took a report of Domestic Violence . Shimy left ██████ and infant child in South Carolina. NMBPD CR 2021-028646-01

Thursday December 9, 2021, BCSO responds to Resident of ██████ and Shimy / ██████ Report to BCSO the incidents of Sept and October. Files a Complaint related to the events of October. BCSO CR# 2021-00451268

Monday December 13, ██████ Report to her EFSC Supervisor, Patty Salvo that she is involved in an ongoing Domestic Violence relationship.

Tuesday December 14, EFSC security received statement from Patty Salve. Officer Ken Martin initiates an EFSC Case Report IR2021- 000433. Sgt. Carswell reviews IR and begins a BECA search. Locates Two Case Reports 05-2021-DR-013442 and 05-2021-MM-013153

Wednesday December 15 contacted BCSO records and requested case reports relating to Shimy and ██████. Contacted States Attorney Office regarding Status of Warrant Application

Sunday December 19 Reported to Children and Families Abuse hotline the incident of November 28th.

Monday December 20 Received call from C&F, case investigator Grace Torres. (321) 558-0260. Grace.torres@myflfamiles.com

Thursday January 6, 2022, conducted interview with ██████ in Building #3.- See Attachment

Friday January 7th, 2022, Contacted North Myrtle Beach PD regarding the existence of Case Report on Shimy and ██████. IR 2021-28646

Tuesday January 11, 2022, meeting with ██████ to sign Interview Notes of and acknowledgment of declining the offer of accommodation.

Tuesday, Feb 8, 2022, received notification from Sgt. G. Davis, Islam Shimy had made a report (IR2022- 000020) to Security regarding him moving out of the residence with ██████ and taking their child and did not know if ██████ would be confrontational while on campus. No other information was provided.

Tuesday February 15, 2022, ██████ met with me in my office in building #3 on the Cocoa Campus, about relaying that she had previously been untruthful regarding the denial of the domestic violence in her relationship with Shimy. She relayed that she had lied due to the threats made by Shimy relating to her child being taken by the state and her not able to complete her citizenship.
She stated that there had been a more recent Domestic Violence incident , on Friday January 21, 2022, and that Cocoa Beach Police had responded and again, she lied to Law enforcement about the physical abuse. (CR# 2022- 0188)

██████ indicated she has also gone to the Cocoa Beach PD, the States Attorney and relayed the same information to them. She also indicates she is seeking an Injunction for protection through the Courts and is asking the college for accommodations while on campus...

| Prepared By: | | Submitted Date |
|---|---|---|
| CARSWELL, CHRISTOPHER(carswellr) | | 02/18/2022 2213 |
| **Signature** | | **Reviewed By/Date** |
| | | DELAUNE, ROB 02/21/2022 1345 |

Case # :    IR2021-000433_1

**Exhibit 9**

On Wednesday February 16, requested and received copy of Cocoa Beach Police CR (2022-0188)

End of Narrative

ENCLOSURES
1. BCSO Case Report 1/27/2021 and BECCA print out
2. BCSO CAD 11/13/21
3. BCSO CAD 11/14/21
4. Myrtle Beach PD CR 11/28/2021
5. BCSO Case Report 12/09/2021
6. DCF RPT
7. Interview with ████ 1/9/22
8. Cocoa Beach PD CR 1/21/2022
9. EFSC associated CR

| Prepared By: | | Submitted Date |
|---|---|---|
| CARSWELL, CHRISTOPHER(carswellr) | | 02/18/2022 2213 |
| **Signature** | | **Reviewed By/Date** |
| | | DELAUNE, ROB 02/21/2022 1345 |

**Exhibit 9**

Case # :    IR2021-000433_1_1



**Eastern Florida State College**
**COCOA -**
**1519 CLEARLAKE ROAD**
**COCOA, FL, 32922**

Follow Up

Reported By:    **CARSWELL, CHRISTOPHER**

| Parent Report Information | |
|---|---|
| Report Type | Reference Number |
| **Follow Up** | **IR2021-000433_1** |
| Report Recorder | Report Disposition |
| **CARSWELL, CHRISTOPHER** | **INVESTIGATION ONGOING** |
| Related Number: | Tracking Number |
| | **131622** |

| Follow Up Information |
|---|

Synopsis

Copy of Temp Domestic Violence Injunction

| Prepared By: | | Submitted Date |
|---|---|---|
| CARSWELL, CHRISTOPHER(carswellr) | | 02/22/2022 0953 |
| Signature | | Reviewed By/Date |

Case # :   IR2021-000433_1_1

**Exhibit 9**

## Digital Media List

### Digital Media # 1

| Title | Description |
|---|---|
| **CAHIN OF CUSTODY** | **DMV Injunction delivered to CPD** |



| Prepared By: | Submitted Date |
|---|---|
| CARSWELL, CHRISTOPHER(carswellr) | 02/22/2022 0953 |

| Signature | Reviewed By/Date |
|---|---|

**Exhibit 9**

Case # :    IR2021-000433_1_1

Digital Media # 2

Title

Description

Statement



| Prepared By: | Submitted Date |
|---|---|
| CARSWELL, CHRISTOPHER(carswellr) | 02/22/2022 0953 |

| Signature | Reviewed By/Date |
|---|---|

**Exhibit 9**

Case # :    **IR2021-000433_1_1**

**Digital Media # 3**

| Title | Description |
|---|---|
| **TEMP COURT ORDER** | **Injunction for Protection.** |



**Narrative text**

FOLLOW UP NARRATIVE

On Monday February 21, 2022, ███████████ provided this S/O a copy of a Temporary Injunction for Protected issued by Circuit Judge Jennifer Taylor on Thursday February 17, 2o22.

According to the Injunction, it is valid until Friday February 25th, 2022. On that date a hearing is scheduled to determine if a permanent injunction should be granted.

██████ advised she would keep this Officer updated as the determination of the hearing and provide copies of the injunction if granted.

██████ also singed her statement of February 15,2022 and requested accommodations to ensure that she is NOT contacted by Shimy while on EFSC Property.

At the direction of Chief Ambrose, a copy of the Injunction has been provided to the jurisdictional law enforcement agency, Cocoa Police Department as of 7:45AM Tuesday 02/22/2022- CR# 2022-7538

| Prepared By: | | Submitted Date |
|---|---|---|
| CARSWELL, CHRISTOPHER(carswellr) | | 02/22/2022 0953 |
| **Signature** | | **Reviewed By/Date** |
| | | |

**Exhibit 9**

Case # :    IR2021-000433_2



**Eastern Florida State College**
**COCOA -**
**1519 CLEARLAKE ROAD**
**COCOA, FL, 32922**

Follow Up

Reported By:    **DAVIS, GINGER**

| Parent Report Information | |
|---|---|
| Report Type | Reference Number |
| **Incident Report** | **IR2021-000433** |
| Report Recorder | Report Disposition |
| **MARTIN, KENNETH** | **PENDING INVESTIGATION** |
| Related Number: | Tracking Number |
| | **131609** |

| Follow Up Information |
|---|
| Synopsis |

telephonic conversation and statement from Dr. Michael Cadore.

| List of contacts in this report |
|---|
| **CADORE, MICHAEL**           **INVOLVED PARTY**           **IR2021-000433_2** |

| Contact # 1   (INVOLVED PARTY) | |
|---|---|
| Full Name | B number |
| **MICHAEL ANTHONY CADORE** | **B00097536** |
| Drivers License | Drivers LicenseState | Email Address |
| | **FL** | **CADOREM@EASTERNFL ORIDA.EDU** |
| Age | Date of Birth | Gender | Race |
| **55** | | **M** | **B** |
| Department | | | Title |
| **SUPPORT STAFF** | | | **ASSOCIATE DEAN ENIRMNT INTVS/ENG** |

| Addresses | | | | | |
|---|---|---|---|---|---|
| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
| | | | | | |

| Phones : |
|---|
| |

| Prepared By: | | Submitted Date |
|---|---|---|
| DAVIS, GINGER(davisg) | | 12/16/2021 0703 |
| **Signature** | | **Reviewed By/Date** |
| | | DAVIS, GINGER 12/16/2021 0703 |

Exhibit 9

Case # : IR2021-000433_2

## Digital Media List

**Digital Media # 1**

| Title | Description |
| --- | --- |
| **DOCUMENT 1 PAGE** | **Cadore summary** |

**Narrative text**

On Tuesday, December 14, 2021, at approximately 3:30 pm I spoke with Dr. Michael Cador over the telephone.

I asked Dr. Cadore if he knew the nature of the relationship between Islam (Sal) Shimy and [redacted]. Cadore told me that he was friends with Shimy. Cadore shared that he knew that Shimy has been involved with someone, but wasn't sure of her name. Cadore added that the two have known each other for approximately 2 years, they were recently married and they have a child together.

I asked Cadore if he knew of any trouble between Shimy and [redacted] Cadore shared that sometime around the beginning of the year Shimy was removed from the home by the local police department for domestic violence.

I asked Cadore about his recent conversation with [redacted].
Cadore explained that around December 8th or 9th [redacted] called him because she was concerned about Shimy. [redacted] shared that she didn't know anyone else in the US. Cadore told [redacted] that she should talk to her supervisor but if she was afraid she should call local law enforcement.

Disposition:
Investigation ongoing

Attachments:
Cadore statement

| Prepared By: | Submitted Date |
| --- | --- |
| DAVIS, GINGER(davisg) | 12/16/2021 0703 |

| Signature | Reviewed By/Date |
| --- | --- |
| | DAVIS, GINGER 12/16/2021 0703 |