**Exhibit 11**

Case Report Number:
2021-028646-001



NORTH MYRTLE BEACH POLICE

## Case Report

### Administrative

| | | | |
|---|---|---|---|
| Subject | Domestic Violence / 2100 | Dispatched Date/Time | 2021-11-28T14:04:41.49 |
| Disposition | Unfounded | Arrived Date/Time | 2021-11-28T14:13:02.093 |
| Reported On | 11/28/2021 | Departed Date/Time | 2021-11-28T15:53:55.127 |
| Reporting Officer | Seagrave, Stephanie | Location | |
| Assisted By | | Location Name | |
| Occurred On (Date and Time) | Sunday 11/28/2021 2:04:00 PM | CSZ | |
| Or Between (Date and Time) | | | |

### Narrative

On 11/27/2021 at approximately 2:04 pm, I responded to ▓▓▓▓ within the city limits of North Myrtle Beach in reference to a verbal dispute between husband and wife. Upon arrival, I met with ▓▓▓▓ Mr. Islam Shimy. and their 3 month old daughter. ▓▓▓▓ stated she and her husband arrived to North Myrtle Beach 3 days ago and she has had enough of his verbally abusive behavior. She stated they got into a verbal argument over an ex and Mr. Shimy made a threat to her life in arabic. She was unable to translate word for word, but stated he threatened to harm her physically. She stated this is an ongoing issue and she has had enough. She stated they checked out of the room and were supposed to be leaving, but she does not want to ride all the way back to Florida in a car with him. She further stated she did not feel safe around him.

▓▓▓▓ went on to state that they have had domestic violence incidents in the past. She stated when their daughter was 3 weeks old, the two got into a verbal argument over an ex while at their residence in Florida and Mr. Shimy struck her on the arm causing a break. She further stated he grabbed her face and caused her to bleed from him digging his nails in her face. She stated did not report the incident to police, but went to the ER in Florida. She stated nurses questioned her in reference to what happened and she did not tell them the truth. She stated they knew she was lying, but she did not want to get Mr. Shimy in trouble.

▓▓▓▓ retrieved the car seat from Mr. Shimy's car and he left the scene at her request. She stated she would get an Uber to a car rental lot and then drive back to Florida. Domestic violence case unfounded.

▓▓▓▓ called law enforcement back to ▓▓▓▓ at approximately 3:15 pm. She stated she realized her husband took all of the baby clothes and called him to return them, but he refused and shut his phone off. She stated she

Printed 1/7/2022 11:33 AM

Page 1 of 5

EXHIBIT
Shimy-21
Ayh 1-31-25

Case Report Number:
2021-028646-001



NORTH MYRTLE BEACH POLICE

could not get a hold of a rental car company. Law enforcement assisted ▮▮▮▮ with calling an Uber. She then left headed for the airport.

---

### Offenders

**Suspect Name: Shimy, Islam**

Aliases

| Alias |
|---|
| |

Alert(s)

Charges

| Charges |
|---|
| |

Addresses

| Address Type | Address | CSZ | County | Country | Location # |
|---|---|---|---|---|---|
| H - Home | ▮▮▮▮ | | | USA - United States of America | |

Daytime Phones

| Phone Type | Phone Number |
|---|---|
| | |

Evening Phones

| Phone Type | Phone Number |
|---|---|
| | |

Emails

| Email Address |
|---|
| |

Printed 1/7/2022 11:33 AM

**Exhibit 5**

**Exhibit 11**



Case Report Number: 2021-028646-001

NORTH MYRTLE BEACH POLICE

| | | | | |
|---|---|---|---|---|
| Sex | Male | Teeth | | |
| Race | White | Build | | |
| Ethnicity | Not Hispanic or Latino | Height | | |
| DOB | ▓▓▓▓ | Weight | | |
| Age | | Resident | Out of State | |
| Eye Color | Brown | POB | | |
| Hair Color | Brown | DLN | ▓▓▓▓ | |
| Hair Style | | DL State | Florida | |
| Hair Length | | DL Country | | |
| Facial Hair | | SSN | | |
| Complexion | | | | |

Scars, Marks and Tattoos

| SMT | Location | Description |
|---|---|---|
| | | |

Attire
Employer/School
Employer Address
Employer CSZ
Occupation/Grade

MO
Other MO
Habitual Offender Status

Notes

Victims

Name: ▓▓▓▓

Victim Type     Individual
Victim of       13B - Simple Assault
Rape Completed
Is Complainant

Aliases

| Alias |
|---|
| |

Alerts

Addresses

Printed 1/7/2022 11:33 AM

**Exhibit 5**

Case Report Number:
2021-028646-001



NORTH MYRTLE BEACH POLICE

| Address Type | Address | CSZ | County | Country | Location # |
|---|---|---|---|---|---|
| H - Home | | | | USA - United States of America | |

Daytime Phones

| Phone Type | Phone Number |
|---|---|

Evening Phones

| Phone Type | Phone Number |
|---|---|

Emails

| Email Address |
|---|

| | | | |
|---|---|---|---|
| Sex | Female | DL Country | |
| Race | White | SSN | |
| Ethnicity | Not Hispanic or Latino | Attire | |
| DOB | | Employer/School | |
| Age | | Employer Address | |
| Eye Color | Brown | Employer CSZ | |
| Hair Color | Brown | Occupation/Grade | |
| Facial Hair | | Testify | |
| Complexion | | Injury | None |
| Height | | Visible Injury | No |
| Weight | | Injury Description | |
| Resident | Out of State | Complaint of Any Non-Visible Injuries | No |
| POB | | | |
| DLN | | Injury Weapons | None |
| DL State | Florida | | |

Witnesses ─────────────────────

Other Entities ─────────────────

Properties ─────────────────────

**Jurisdiction of Theft**

Jurisdiction of Recovery

Printed 1/7/2022 11:33 AM

Page 4 of 5

**Exhibit 5**

Case Report Number:
2021-028646-001



NORTH MYRTLE BEACH POLICE

Additional Narrative

**Exhibit 5**