| REPORT TYPE | REPORT DATE | REPORT TIME | OFFENSE-INCIDENT REPORT | AGENCY CASE # |
|---|---|---|---|---|
| ORIGINAL | 01/22/2022 | 11:10 AM | COCOA BEACH POLICE DEPARTMENT | 22-0188 |

*Received 8/11/22 [signature]*

## CASE INFORMATION - ORIGINAL

| DESCRIPTION | JUVENILE? | GANG RELATED? | USE OF FORCE |
|---|---|---|---|
| DOMESTIC VERBAL | NO | NO | NO |

| EXACT TIME? | INCIDENT DATE/FROM | INCIDENT TIME/FROM | INCIDENT DATE TO | INCIDENT TIME TO | DAY OF WEEK |
|---|---|---|---|---|---|
| YES | 01/21/2022 | 17:23 | | | FRIDAY |

| SUPPLEMENT DATE | FROM DATE | TIME | TO DATE | TIME |
|---|---|---|---|---|

| STATUS | CLEARED EXCEPTIONALLY | DATE CLEARED EXCEPTIONALLY |
|---|---|---|

## OFFENSE INFORMATION

| OFFENSE KNOWN | OFFENSE FDLE CODE | | |
|---|---|---|---|
| CHARGE TYPE | CHARGE SEVERITY | ORDINANCE # | STATE STATUTE |
| STATUTE DESCRIPTION | | COUNTS | INCREASED PENALTY |
| TYPE OF CRIMINAL ACTIVITY (up to 3) | | TYPE OF WEAPON FORCE (UP TO 3) | |
| SUSPECTED OF USING | | ATTEMPTED | |
| HATE CRIME | BIAS MOTIVATION FOR HATE CRIME | CARGO THEFT | CHILD PRESENT | VEHICLE |

## LOCATION OF OFFENSE

| LOCATION TYPE | AT BUSINESS? | COMPANY NAME | | |
|---|---|---|---|---|
| HIGHWAY/ROAD/ALLEY | NO | | | |
| STREET # | PRE DIRECTION | STREET NAME | POST DIRECTION | STREET CATEGORY CODE | APT/UNIT # |
| CITY | STATE | ZIP | AT LATITUDE AND LONGITUDE | PASSAGE POINT METHOD | OFFENSE STRUCTURES ENTERED QUANTITY |

| ZONE |
|---|
| 13 |

## PERSON - OTHER

| JUVENILE? | TYPE OF WITNESS | RELATIONSHIP TO SUBJECT | REPORTED BY? |
|---|---|---|---|
| NO | | MARRIED | NO |

| IS BUSINESS OR GOV'T? | BUSINESS/GOVERNMENT NAME | OCCUPATION |
|---|---|---|
| NO | | |

| FIRST NAME | MIDDLE NAME | LAST NAME | SUFFIX |
|---|---|---|---|

| ALIAS / MAIDEN | ALT NAME DESC. |
|---|---|

| STREET # | STREET NAME | STREET CATEGORY CODE | APT/UNIT # |
|---|---|---|---|

| CITY | STATE | ZIP CODE | ADDRESS SOURCE |
|---|---|---|---|

| PERSON RESIDENCE CODE | PHONE # | E-MAIL |
|---|---|---|


EXHIBIT
Shiny 26
AMH 7-30-25

| REPORT TYPE | REPORT DATE | REPORT TIME | OFFENSE-INCIDENT REPORT | AGENCY CASE # |
|---|---|---|---|---|
| ORIGINAL | 01/22/2022 | 11:10 AM | COCOA BEACH POLICE DEPARTMENT | 22-0188 |

| GENDER | DATE OF BIRTH | AGE | AGE RANGE MIN | AGE RANGE MAX | AGE MEASURE CODE | AGE INDICATOR |
|---|---|---|---|---|---|---|
| | | | | | | |

| RACE | ETHNICITY | ETHNICITY UNKNOWN | HEIGHT | HEIGHT RANGE MIN | HEIGHT RANGE MAX | HEIGHT UNKNOWN | HEIGHT EST |
|---|---|---|---|---|---|---|---|
| A | NOT HISPANIC | | 5'02" | | | | |

| WEIGHT | WEIGHT RANGE MIN | WEIGHT RANGE MAX | WEIGHT UNKNOWN | WEIGHT INDICATOR | EYE COLOR | HAIR COLOR |
|---|---|---|---|---|---|---|
| | | | | | | |

| DRIVER LICENSE # | DL STATE | DL CLASS | PLACE OF BIRTH | COUNTRY OF CITIZENSHIP |
|---|---|---|---|---|
| | FL | E | EY | US - UNITED STATES |

### PERSON - OTHER (2)

| JUVENILE? | TYPE OF WITNESS | RELATIONSHIP TO SUBJECT | REPORTED BY? |
|---|---|---|---|
| NO | | MARRIED | NO |

| IS BUSINESS OR GOV'T? | BUSINESS/GOVERNMENT NAME | OCCUPATION |
|---|---|---|
| NO | | |

| FIRST NAME | MIDDLE NAME | LAST NAME | SUFFIX |
|---|---|---|---|
| ISLAM | WAHID | SHIMY | |

| RACE | ETHNICITY | HEIGHT |
|---|---|---|
| A | NOT HISPANIC | 5'07" |

| DRIVER LICENSE # | DL STATE | DL CLASS | PLACE OF BIRTH | COUNTRY OF CITIZENSHIP |
|---|---|---|---|---|
| | FL | E | EY | US - UNITED STATES |

### OFFICER INFORMATION

| FIRST NAME | LAST NAME | BADGE # | RANK |
|---|---|---|---|
| MATTHEW | TEAT | 81 | OFFICER |

| SIGNATURE METHOD | OFFICER SIGNATURE | SIGNATURE DATE | SIGNATURE TIME |
|---|---|---|---|
| | | 01/22/2022 | 11:19 |

2 of 4

**Exhibit 6**

| REPORT TYPE | REPORT DATE | REPORT TIME | OFFENSE-INCIDENT REPORT | AGENCY CASE # |
|---|---|---|---|---|
| ORIGINAL | 01/22/2022 | 11:10 AM | COCOA BEACH POLICE DEPARTMENT | 22-0188 |

## ADMINISTRATIVE

| ROUTED TO | REFERRED TO | ASSIGNED TO | ASSIGNED BY | JAIL # | OBTS # |
|---|---|---|---|---|---|
| | | | | | |

SWORN AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS _____ DAY OF _____, 20_____.

_____
SIGNATURE OF PERSON ADMINISTERING OATH

_____
NAME (PRINTED)                                    TITLE

| REPORT TYPE | REPORT DATE | REPORT TIME | OFFENSE-INCIDENT REPORT COCOA BEACH POLICE DEPARTMENT | AGENCY CASE # |
|---|---|---|---|---|
| ORIGINAL | 01/22/2022 | 11:10 AM | | 22-0188 |

## NARRATIVE

**Section 1: Narrative**

On January 21, 2022 at approximately 1723 hours I responded to a priority call for a battery that occurred in the area of ███████████████, Cocoa Beach, Brevard County, Florida, 32931. The caller stated that they observed a Hispanic male "getting physical" with a female in the area.

On arrival I made contact with a female identified as ███████████ and a male who was identified as Islam W. Shimy. ████ and Shimy are married and stated that the issued was a verbal argument only, nothing physical happened. Both parties continued on to say that Shimy had grabbed ██████ to hurry crossing the W Cocoa Beach Cswy going south to get back to their vehicle. Both parties continued to deny a physical altercation and no independent witness included the caller was willing to provide a statement.

**Section 2: Crime Scene**

N/A

**Section 3: Disposition**

This report is for informational purposes only.

**Section 4: Enclosures**

N/A

4 of 4

Exhibit 6

| REPORT TYPE | REPORT DATE | REPORT TIME | OFFENSE-INCIDENT REPORT | AGENCY CASE # |
|---|---|---|---|---|
| SUPPLEMENT | 02/15/2022 | 3:56 PM | COCOA BEACH POLICE DEPARTMENT | 22-0188 |

## CASE INFORMATION - SUPPLEMENT

| DESCRIPTION | | JUVENILE? | GANG RELATED? | USE OF FORCE |
|---|---|---|---|---|
| BATTERY CASE REPORT | | NO | NO | NO |

| EXACT TIME? | INCIDENT DATE/FROM | INCIDENT TIME/FROM | INCIDENT DATE TO | INCIDENT TIME TO | DAY OF WEEK |
|---|---|---|---|---|---|
| YES | 01/21/2022 | 17:23 | | | FRIDAY |

| SUPPLEMENT DATE | FROM DATE | TIME | TO DATE | TIME |
|---|---|---|---|---|
| 2/15/2022 | 2/15/2022 | 3:58 PM | 2/15/2022 | 3:58 PM |

| STATUS | CLEARED EXCEPTIONALLY | DATE CLEARED EXCEPTIONALLY |
|---|---|---|
| ACTIVE | NOT APPLICABLE | |

## OFFENSE INFORMATION

| OFFENSE KNOWN | OFFENSE FDLE CODE |
|---|---|

| CHARGE TYPE | CHARGE SEVERITY | ORDINANCE # | STATE STATUTE |
|---|---|---|---|
| FSS | MISDEMEANOR | | 784.03(2) |

| STATUTE DESCRIPTION | COUNTS | INCREASED PENALTY |
|---|---|---|
| 2ND OR SUBSQ OFF | 1 | |

| TYPE OF CRIMINAL ACTIVITY (up to 3) | TYPE OF WEAPON FORCE (UP TO 3) |
|---|---|
| NONE/UNKNOWN | HANDS, FEET, TEETH, ETC. |

| SUSPECTED OF USING | ATTEMPTED |
|---|---|
| N/A | COMPLETED |

| HATE CRIME | BIAS MOTIVATION FOR HATE CRIME | CARGO THEFT | CHILD PRESENT | VEHICLE |
|---|---|---|---|---|
| FALSE | | FALSE | NONE PRESENT | NO |

## LOCATION OF OFFENSE

| LOCATION TYPE | AT BUSINESS? | COMPANY NAME |
|---|---|---|
| HIGHWAY/ROAD/ALLEY | NO | |

| STREET # | PRE DIRECTION | STREET NAME | POST DIRECTION | STREET CATEGORY CODE | APT/UNIT # |
|---|---|---|---|---|---|

| CITY | STATE | ZIP | AT LATITUDE AND LONGITUDE | PASSAGE POINT METHOD | OFFENSE STRUCTURES ENTERED QUANTITY |
|---|---|---|---|---|---|

| ZONE |
|---|

## PERSON - OFFENDER

| JUVENILE? | TYPE OF WITNESS | RELATIONSHIP TO SUBJECT | REPORTED BY? |
|---|---|---|---|
| | | | NO |

| IS BUSINESS OR GOV'T? | BUSINESS/GOVERNMENT NAME | OCCUPATION |
|---|---|---|
| NO | | UNKNOWN |

| FIRST NAME | MIDDLE NAME | LAST NAME | SUFFIX |
|---|---|---|---|
| ISLAM | WAHID | SHIMY | |

| ALIAS / MAIDEN | ALT NAME DESC. |
|---|---|

| STREET # | STREET NAME | STREET CATEGORY CODE | APT/UNIT # |
|---|---|---|---|

| CITY | STATE | ZIP CODE | ADDRESS SOURCE |
|---|---|---|---|

| PERSON RESIDENCE CODE | PHONE # | E-MAIL |
|---|---|---|



EXHIBIT 9

of 6

Exhibit 6

# OFFENSE-INCIDENT REPORT
## COCOA BEACH POLICE DEPARTMENT

| REPORT TYPE | REPORT DATE | REPORT TIME | AGENCY CASE # |
|---|---|---|---|
| SUPPLEMENT | 02/15/2022 | 3:56 PM | 22-0188 |

| TYPE OF OFFENDER | PRESENT WHEN OFFICER ARRIVED | ARRESTED | PROBATION STATUS |
|---|---|---|---|
| OFFENDER | YES | NO | FALSE |

| GANG AFFILIATION | GANG INFO (UP TO 2) | NAME OF GANG(S) |
|---|---|---|
| FALSE | | |

| SEXUAL OFFENDER | MENTAL HEALTH | HOMELESS | HABITUAL |
|---|---|---|---|
| FALSE | FALSE | FALSE | FALSE |

| PRISON RELEASE REOFFENDER | 3 TIME VIOLATOR | VIOLENT CAREER CRIMINAL | CAUTION INFO | THREAT | ARMED |
|---|---|---|---|---|---|
| FALSE | FALSE | FALSE | FALSE | FALSE | FALSE |

**CHARGE(S)**
BATTERY DV

| IMPAIRMENT CATEGORY | IMPAIRMENT CODE |
|---|---|
| | NO |

| RESIST CODE | RESIST CATEGORY |
|---|---|
| NO | |

| USE OF FORCE | FORCE CATEGORY |
|---|---|
| NO | |

**TYPE OF INJURY (UP TO 5)**
NONE

| TYPE OF VICTIM | VICTIM TO SUBJECT RELATIONSHIP | JUSTIFIABLE HOMICIDE | AGGRAVATED ASSULT |
|---|---|---|---|
| INDIVIDUAL | FAMILY MEMBER_SPOUSE | | |

**OFFENSE(S) ASSOCIATION TO VICTIM**

**TYPE OF INJURY (UP TO 5)**
NONE

## PERSON - VICTIM

| JUVENILE? | TYPE OF WITNESS | RELATIONSHIP TO SUBJECT | REPORTED BY? |
|---|---|---|---|
| NO | | SPOUSE | YES |

| IS BUSINESS OR GOV'T? | BUSINESS/GOVERNMENT NAME | OCCUPATION |
|---|---|---|
| NO | | UNKNOWN |

| FIRST NAME | MIDDLE NAME | LAST NAME | SUFFIX |
|---|---|---|---|
| [redacted] | | [redacted] | |

| ALIAS / MAIDEN | ALT NAME DESC |
|---|---|
| | |

| STREET # | STREET NAME | STREET CATEGORY CODE | APT/UNIT # |
|---|---|---|---|
| [redacted] | | | |

| CITY | STATE | ZIP CODE | ADDRESS SOURCE |
|---|---|---|---|
| | | | |

| PERSON RESIDENCE CODE | PHONE # | E-MAIL |
|---|---|---|
| | | |

| TYPE OF VICTIM | VICTIM TO SUBJECT RELATIONSHIP | JUSTIFIABLE HOMICIDE | AGGRAVATED ASSULT |
|---|---|---|---|
| | | | |

**OFFENSE(S) ASSOCIATION TO VICTIM**

**TYPE OF INJURY (UP TO 5)**

2 of 6

**Exhibit 6**

| REPORT TYPE | REPORT DATE | REPORT TIME | OFFENSE-INCIDENT REPORT | AGENCY CASE # |
|---|---|---|---|---|
| SUPPLEMENT | 02/15/2022 | 3:56 PM | COCOA BEACH POLICE DEPARTMENT | 22-0188 |

### PERSON - OTHER

| JUVENILE? | TYPE OF WITNESS | RELATIONSHIP TO SUBJECT | REPORTED BY? |
|---|---|---|---|
| NO | | INVESTIGATING AGENCY | NO |

| IS BUSINESS OR GOVT? | BUSINESS/GOVERNMENT NAME | OCCUPATION |
|---|---|---|

| FIRST NAME | MIDDLE NAME | LAST NAME | SUFFIX |
|---|---|---|---|
| COCOA BEACH POLICE DEPARTMEN | | | |

| ALIAS / MAIDEN | ALT NAME DESC. |
|---|---|

| STREET # | STREET NAME | STREET CATEGORY CODE | APT/UNIT # |
|---|---|---|---|

| CITY | STATE | ZIP CODE | ADDRESS SOURCE |
|---|---|---|---|
| | | | KNOWN |

| PERSON RESIDENCE CODE | PHONE # | E-MAIL |
|---|---|---|
| NONRESIDENT | | |

### PROPERTY

| ITEM DESCRIPTION CODE |
|---|
| RECORDINGS - AUDIO/VISUAL |

| ITEM DESCRIPTION | DRUG CATEGORY |
|---|---|
| INTERVIEW VIDEO ON AGENCY CLOUD SERVER | |

| TYPE OF LOSS/ETC. | DATE RECOVERED | QUANTITY | QUANTITY UNITS | DRUG MEASUREMENT |
|---|---|---|---|---|
| NONE | | 1 | | |

| VALUE | RECOVERED DATE | MAKE | MODEL | PRIMARY COLOR | SECONDARY COLOR |
|---|---|---|---|---|---|
| | 02/15/2022 | | | | |

| NCIC # | SERIAL # | OWNER APPLIED ID |
|---|---|---|

### PROPERTY

| ITEM DESCRIPTION CODE |
|---|
| RECORDINGS - AUDIO/VISUAL |

| ITEM DESCRIPTION | DRUG CATEGORY |
|---|---|
| ICC VIDEO ON AGENCY CLOUD SERVER | |

| TYPE OF LOSS/ETC. | DATE RECOVERED | QUANTITY | QUANTITY UNITS | DRUG MEASUREMENT |
|---|---|---|---|---|
| NONE | | 1 | | |

| VALUE | RECOVERED DATE | MAKE | MODEL | PRIMARY COLOR | SECONDARY COLOR |
|---|---|---|---|---|---|
| | 02/15/2022 | | | | |

| NCIC # | SERIAL # | OWNER APPLIED ID |
|---|---|---|

| REPORT TYPE | REPORT DATE | REPORT TIME | OFFENSE-INCIDENT REPORT | AGENCY CASE # |
|---|---|---|---|---|
| SUPPLEMENT | 02/15/2022 | 3:56 PM | COCOA BEACH POLICE DEPARTMENT | 22-0188 |

### PERSON - OTHER

| JUVENILE? | TYPE OF WITNESS | RELATIONSHIP TO SUBJECT | REPORTED BY? |
|---|---|---|---|
| NO | | DCF CASE WORKER | NO |

| IS BUSINESS OR GOVT? | BUSINESS/GOVERNMENT NAME | OCCUPATION |
|---|---|---|
| NO | | DCF CASE WORKER |

| FIRST NAME | MIDDLE NAME | LAST NAME | SUFFIX |
|---|---|---|---|
| GRACE | | | |

| ALIAS / MAIDEN | ALT NAME DESC. |
|---|---|

| STREET # | STREET NAME | STREET CATEGORY CODE | APT/UNIT # |
|---|---|---|---|

| CITY | STATE | ZIP CODE | ADDRESS SOURCE |
|---|---|---|---|

| PERSON RESIDENCE CODE | PHONE # | E-MAIL |
|---|---|---|

### OFFICER INFORMATION

| FIRST NAME | LAST NAME | BADGE # | RANK |
|---|---|---|---|
| WILLIAM | STANLEY | | OFFICER |

| SIGNATURE METHOD | OFFICER SIGNATURE | SIGNATURE DATE | SIGNATURE TIME |
|---|---|---|---|
| DIGITAL | B Stanley | 02/15/2022 | 15:45 |

### ADMINISTRATIVE

| ROUTED TO | REFERRED TO | ASSIGNED TO | ASSIGNED BY | JAIL # | OBTS # |
|---|---|---|---|---|---|

SWORN AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY THIS _____ DAY OF _____, 20_____.

_____
SIGNATURE OF PERSON ADMINISTERING OATH

_____
NAME (PRINTED)                              TITLE

**Exhibit 12**

| REPORT TYPE | REPORT DATE | REPORT TIME | OFFENSE-INCIDENT REPORT | AGENCY CASE # |
|---|---|---|---|---|
| SUPPLEMENT | 02/15/2022 | 3:56 PM | COCOA BEACH POLICE DEPARTMENT | 22-0188 |

### NARRATIVE

This document contains confidential crime victim information as described in Rule 2.423(b)(1)"Marsy's Law".

This case report also contains confidential information pursuant to section 39.202 and section 415.107, Florida Statutes, and can only be released as specified in the statute.

Section One: Narrative

On January 21, 2022, at approximately 1723 hours, I responded to a priority call for a battery in progress in the area of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Before my arrival on scene, I was informed by the Cocoa Beach Police Department communications center, the anonymous caller stated they saw a female running trying to get away from a man grabbing at her.

Upon arrival I observed OFC. M. Teat, ID #81, talking with a female, identified, as ▮▮▮▮▮▮ ▮▮▮▮▮▮ and a male who was identified as Islam W. Shimy. As OFC Teat investigated the claims of a potential battery / domestic violence incident, I asked the CBPD Communications Center, to ask the original caller to stop at the scene to file a witness affidavit. I was informed via, radio the communications center was unable to make contact with the original caller. I was informed by OFC Teat, both parties stated that the issue was only a verbal argument, and nothing physical a happened.

Almost four weeks later, ▮▮▮▮▮▮▮▮ returned to the Cocoa Beach Police Department claiming she didn't tell the entire story about the incident on January 21. This time she stated a battery did occur and she now wished to file a police report. She stated she was recently encouraged by a social worker with the Department of Children and Families, identified as Grace, to contact the police department to file a report because Grace believes ▮▮▮▮▮ was a victim of domestic violence.

I sat down with ▮▮▮▮ and assisted her in completing domestic violence paperwork and also took both a sworn written statement and sworn audio statement from her. I also observed photographs with her from a previous incident of battery as well as medical reports of a broken arm sustained in that incident dating back to sometime last year. She stated she showed me these items so I would believe her story.

▮▮▮▮ stated to me she and her husband Islam had gotten into an argument over his ex-girlfriends, to which she wanted out of the vehicle, but Islam refused to stop. In her sworn written statement ▮▮▮▮▮ stated (in essence) Islam almost wrecked the car due to their argument. As the argument escalated she was able to get out of the vehicle and attempted to cross the West Cocoa Beach Causeway to get away from him. He ran and followed her as she was trying to go home. As Islam followed ▮▮▮▮ he grabbed her with his hand by ▮▮▮▮▮ ponytail and then grabbed her by the jacket and eventually punched her multiple times in the shoulder. In her sworn battery affidavit she also stated he kicked her as well.

I asked ▮▮▮▮ why she didn't tell us the truth on the day of the incident and why she now wanted to make a statement to press charges. She stated on the day of the incident she was afraid because Islam told her DCF would come and take her child away, as this was the fourth DV call and DCF was involved the last time when Islam broke her arm during a DV incident. She also stated there were approximately five police cars that frightened her and she believed Islam's story about DCF.

**Exhibit 6**

| REPORT TYPE | REPORT DATE | REPORT TIME | OFFENSE-INCIDENT REPORT | AGENCY CASE # |
|---|---|---|---|---|
| SUPPLEMENT | 02/15/2022 | 3:56 PM | COCOA BEACH POLICE DEPARTMENT | 22-0188 |

███████ continued explaining the events leading up to her now willing to speak. She stated Islam recently coerced her into getting an abortion. She was required to take 12 different pills and sustained a lot of bleeding from the procedure. She stated she eventually spoke to Islam about not participating in her care to which he began back with the same abusive issued as before. As she recognized this she told him she wanted to move out, to which Islam stated he would move out instead. Islam told her he would take their four month old child ███ for a couple of days so she could further recover, but has not brought the child back as of the date of this case report. According to █████ Islam is now living with his parents at █████.

During the interview █████ stated she did not give her husband permission to touch her against her will in this manner and she stated she was afraid of him as well. When Islam refused to bring the child home, █████ reached out to their DCF case worker, Grace, who advised this was a civil matter and she needed to consult a divorce and/ or child custody attorney and also call the Cocoa Beach Police Department to report the incident of battery from January 21.

Section Two: Crime Scene

The crime scene consisted of the city property outside the Island Time Marina in the area of ████████████████████████████████████████. The crime scene also consisted of the person of █████████.

Section Three: Disposition

████████████████████████████████████████

ICC Video as well as a digital video file for this incident was uploaded to the agency cloud server.

Section Four: Enclosures

1) ███
2) General Affidavit (2 pages)
3) Battery Affidavit
4) DV Paperwork
5) Signature and Notarization Page
6) Cost Recovery Letter

# NOTICE OF LEGAL RIGHTS & REMEDIES FOR DOMESTIC/DATING VIOLENCE VICTIMS

Agency Name: **CBPD**　　　　　　　　　　　Agency Case #: **22-0188**
Defendant's Name: **Islam W. Shimy**　　　Victim's Name: [redacted]

**Bail Hearing:** If the abuser was arrested, the first court appearance and bail hearing will be within twenty-four (24) hours of the arrest at the courtroom in the Brevard County Detention Center, 860 Camp Road, Sharpes, FL. Court begins at 1:15 PM on weekdays and 9:00 AM on weekends and holidays. As a victim, you have the right to give input concerning bail to the Judge. You may provide input to the office of the State Attorney by calling (321) 617-7510 before noon on weekdays, or on weekends and holidays by email at IPAttorney@sa18.org, and your input will be relayed to the first appearance Judge.

**Bond Conditions:** At the first appearance, the Judge may order the defendant not to have contact with the victim and not to return to the victim's residence. These are conditions of the defendant's bond and will be in effect as long as the case remains open or unless modified by a Judge at a subsequent hearing. There is no specific expiration date for conditions of release. **It is a first degree misdemeanor for a defendant to violate these bond conditions.**

## What Happens Now?

Domestic/Dating Violence cases received by the State Attorney's Office from law enforcement are reviewed by the Domestic Violence Division. This unit balances the needs of the victim and the mandates of the law for vigorous prosecution of domestic violence cases. The primary goal of this unit is to stop the cycle of domestic violence. The attorneys assigned to the Domestic Violence Division make the ultimate decision on how to proceed with the case based upon the best interests of the victim and the community. In order to make a decision whether or not to file charges in the case, the attorney will request and review evidence (to include witness statements, 911 calls, and photographs) from the referring law enforcement agency. **You are encouraged to contact the Domestic Violence Division by calling (321) 617-7510 to provide your input into the filing decision.** In some cases, the Assistant State Attorney will need to meet with you in person to discuss the case. An appointment may be scheduled for you, or you may receive a subpoena to meet with the attorney.

## LEGAL RIGHTS AND REMEDIES

If you are the victim of Domestic or Dating Violence, you may ask the State Attorney to file a criminal complaint. You also have the right to go to court and file a petition requesting a injunction for protection from domestic/dating violence which may include but need not be limited to, provisions which restrain the abuser from further acts of abuse; direct the abuser to leave your household; and prevent the abuser from entering your residence, school, business, or place of employment. Additionally, a domestic violence injunction may also award you custody of your minor child or children and direct the abuser to pay support for you and the minor children if the abuser has a legal obligation to do so.

### The following Domestic Violence Centers are available to provide services:

| SERENE HARBOR | SALVATION ARMY | WOMEN'S CENTER |
|---|---|---|
| Domestic Violence Shelter | Domestic Violence Shelter | (321) 242-3110 |
| (321) 726-8282 | (321) 631-2764 | www.womenscenterinbrevard.org |
| www.sereneharbor.org | | |

### RECEIPT

On **Jan 21st, 2022**, [redacted] received a copy of the **Notice of Legal Rights and Remedies** from Officer/Deputy **William Stanley #16** (Print LEO name and ID #)

_[signature]_ #16
Signature of Law Enforcement Officer

[redacted signature]

Next of Kin/Additional Contact and phone number
**N/A**
Victim's Work phone number

SA-908 (3-19)

Exhibit 6