# Exhibit 14

**STATEMENT OF** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

On Tuesday February 15, 2022, I, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ came to the office of Sgt. Carswell in Building #3 Room 279 on the Cocoa Campus to inform him that I had been untruthful regarding the prior reported Domestic Violence issues involving Islam Shimy.

The events from January 2021, October 2021, November 2021 Did occur and was in fact very physical. The the event in October, was the incident where he broke my arm.

I have been mentally and physically battered and abused by Islam Shimy and have made the decision to no longer live in this environment.

I was being untruthful due to the threats made by Islam to me regarding my child being taken away by the state, and my citizenship being denied, if he was arrested and went prison.

As of February 5th, 2022, Islam Shimy and I no longer share a residence, as he has left and taken our daughter.

I have contacted the State Attorney's Office and relayed to them the truth about my previous untruthfulness and the reason(s) I did not want to proceed with prosecution of the case(s).

Since my interview with Sgt, Carswell there has been an additional incident of violence with Islam Shimy.

On January 21, 2022 while in Cocoa Beach, I was physically attacked by Islam Shimy in the car and on the roadside. Cocoa Beach Police were called and arrived, and at that time, I was untruthful with them regarding the altercation being physical. CBPD CR 22-0188,

I have contacted the Cocoa Beach Police today and relayed to them the truth, about the actual event on January 21, 2022.

Monday February 21, 2022 ▓▓▓▓▓▓ advised of and produced a copy of, a temporary Injunction for Protection and have been given temp custody of the minor child.

Because of the repeated violence toward me from Islam Shimy and him being an employee Eastern Florida State College as well as being on the same campus, I addition to the Injunction for protection, I am requesting any reasonable accommodation(s) to ensure that there is NO CONTACT with me, by Islam Shimy.

**By signing this document, I am acknowledging the information contained herein is true and correct to the best of my knowledge. And acknowledging I understand the making of a false statement is a violation of the Employee Policy and Procedures of Eastern Florida State College, and may be a violation of Florida State Statues**



02/21/2022
Date