UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISLAM "SAL" SHIMY,

    Plaintiff,

v.　　　　　　　　　　　　　　　　CASE NO. 6:23-cv-01869-RBD-DCI

EASTERN FLORIDA STATE COLLEGE,
BOARD OF TRUSTEES,

    Defendant.

_____/

**AFFIDAVIT OF SANDRA HANDFIELD**

STATE OF FLORIDA      )
COUNTY OF BREVARD    )

    I, Sandra Handfield, upon my oath and first duly sworn, depose and state as follows:

    1.    I have personal knowledge of the matters herein referred to and am competent to provide this testimony.

    2.    I am over the age of 18 and am a resident of the State of Florida.

    3.    I am currently employed by Eastern Florida State College ("College") as its Associate Vice President of Academic Affairs ("AVP of AA").

    4.    I assumed this role in July 2021 following a College-wide reorganization.

    5.    I have been employed by the College for almost 50 years.

    6.    In my current role as the College's AVP of AA, I am directly involved in the annual contract renewal process for the College's full-time instructors.

1

7. The annual contract renewal process involves a collaborative effort between the College's AVP of AA and the College's Vice President of Academic and Student Affairs/Chief Learning Officer ("CLO").

8. Following this collaborative effort, the CLO makes an official recommendation to the College's President about whether or not full-time instructors should be renewed for an additional annual contract.

9. When it was time to consider the annual contract renewals for the 2022-2023 academic year, Randall Fletcher ("Fletcher"), who at the time was the College's CLO, and I discussed the several domestic violence allegations against Islam "Sal" Shimy ("Shimy") toward his wife, who was also an employee of the College at this time.

10. Based upon these concerning allegations and the ensuing concerns about employing a full-time instructor who was the subject of several domestic violence allegations against his wife and co-employee at the College, Fletcher made the official recommendation to President James Richey that the College should not renew Shimy's annual contract for the 2022-2023 academic year.

11. When Fletcher and I had a meeting to inform Shimy that his annual contract was not going to be renewed, he did not claim that his non-renewal was the result of national origin or religious discrimination.

12. My involvement in coming to the recommendation to not renew Shimy's annual contract for the 2022-2023 academic year had nothing to do with his national

2

origin or religion. I did not consider his national origin or religion in any way during the annual contract renewal process for the 2022-2023 academic year.

13. At the same time that Fletcher recommended to President Richey that the College should not renew Shimy's annual contract for the 2022-2023 academic year, Fletcher also recommended to President Richey that the College should not renew the annual contract of Anthony El-Khouri ("El-Khouri"), who was another full-time instructor at the College.

14. Fletcher's decision to recommend the non-renewal of El-Khouri's annual contract was based upon my personal knowledge that I shared with Fletcher about student complaints that were filed against El-Khouri when he was an adjunct instructor on the Melbourne campus and I was the Provost of the Melbourne campus, which resulted in concerns that I had with El-Khouri's teaching and classroom management styles.

15. My involvement in coming to the recommendation to not renew El-Khouri's annual contract for the 2022-2023 academic year had nothing to do with his national origin or his religion. I did not consider his national origin or religion in any way during the annual contract renewal process for the 2022-2023 academic year.

16. Phaedra Williams ("Williams") was previously a full-time instructor at the College working under a continuing contract, which is the equivalent of tenure.

17. The College never terminated Williams's employment.

18. Williams voluntarily resigned from the College effective December 15, 2022.

3

**Exhibit 15**

FURTHER AFFIANT SAYETH NAUGHT.

_____
Sandra Handfield

STATE OF FLORIDA         )
COUNTY OF  Brevard       )

Subscribed and sworn to before me this 27th day of March, 2025, by Sandra Handfield, who is personally known to me or produced _____ _____ as identification and who did take an oath.

_____
Notary Public, State of Florida
(seal or stamp)

JESSIE BOYD
Notary Public - State of Florida
Commission # HH 328926
My Comm. Expires Jan 16, 2027
Bonded through National Notary Assn.

4