



DCF Rpt

# Reporting Concerns for Child Victims

ATTENTION PROFESSIONALLY MANDATED REPORTERS

If your forms already include your name, agency, contact information and victim information you may click here to directly upload your documents.
IF NOT, please complete reporter and victim information below before uploading your documents.

## REPORTER INFORMATION

This information is required for professionally mandated reporters per Florida Statute 39.201 (1)(d)(1-7).

Your Last Name: Carswell   Your First Name: Christopher   Your Middle Name: Ricky

Primary Contact Number (include phone type): 321 433 7555

Additional Contact Numbers (include Phone Types): 321 505 1690

Do you consent to be contacted if additional information is needed? Yes

Reporters relationship to the victim: None - Investigating reports of Domestic Violence between Husband and Wife (EFSC Employees)

Address (work address if reporting as a professional): 1519 Clearlake Rd Building #3 Room 279B

City: Cocoa   Zip Code: 32922   County: Brevard   State: Florida

(If reporting as a professional)
Your Agency: Eastern Florida State College   Your Job Title: Security Sergeant Title IX investigator

## VICTIM LOCATION INFORMATION

Home Address: [redacted]
City: Cocoa   County: Brevard   State: Florida

Home/Work/Cell Telephone Numbers of any person in the report (please specify whom the number belongs to):
Islam Shimy - Husband / Father / Suspect (407) 970-5616 (Cell)
[redacted]
Infant Child / age unknown / Victim

What is the victim's current location?
[redacted]

Did the incident take place at a Facility? If so, enter the Facility Name and Address:
NO

Any other known addresses or locations that would be helpful in locating any person in the report (schools, work locations, etc):
3713 Econlockhatchee Trail Orange County (Orlando) Parents of Shimy. May be staying at this location.



EXHIBIT Shimy 28  1-30-25

## INFORMATION ON CHILDREN

Home/Work/Cell Telephone Numbers of any person in the report (please specify whom the number belongs to): In this section please list all known victims as well as other non-victim children residing in the home.

| # | First Name | Last Name | DOB/Age | Sex | Race | SSN | Is This Person a Victim? |
|---|---|---|---|---|---|---|---|
| 1 | Unknown infant child | | 1 yrs of age or le | | | | Yes |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | | ˅ | ˅ | ˅ | ˅ | |
| 7 | | ˅ | ˅ | ˅ | ˅ | |
| 8 | | ˅ | ˅ | ˅ | ˅ | |
| 9 | | ˅ | ˅ | ˅ | ˅ | |
| 10 | | | | | | |

## INFORMATION ON ADULTS

In this section please list all alleged perpetrators as well as other adults residing in the home.

| # | First Name | Last Name | DOB/Age | Sex | Race | SSN | Relationship to Victim |
|---|---|---|---|---|---|---|---|
| 1 | Islam | Shimy | | Male ˅ | White ˅ | ˅ | Father ˅ |
| 2 | | | | Female ˅ | White ˅ | ˅ | Mother ˅ |
| 3 | | | | ˅ | ˅ | ˅ | ˅ |
| 4 | | | | ˅ | ˅ | ˅ | ˅ |
| 5 | | | | ˅ | ˅ | ˅ | ˅ |
| 6 | | | | ˅ | ˅ | ˅ | ˅ |
| 7 | | | | ˅ | ˅ | ˅ | ˅ |
| 8 | | | | ˅ | ˅ | ˅ | ˅ |
| 9 | | | | ˅ | ˅ | ˅ | ˅ |
| 10 | | | | | | | |

## DESCRIPTION OF INCIDENT

Please describe the following if known: WHAT happened, WHO'S involved, WHEN and WHERE did the incident occur, impacts/effects on the victims, a description of injuries and/or threat of harm, the frequency of occurrence, and the history of occurrences.

On Monday December 13th, ▓▓▓▓ confided to supervisor that she was in an abusive marriage and wanted to report it to due to both being Eastern Florida State College employees.

On Tuesday December 14th, Security began an investigation into reported abuse. During the investigation it was found that on January 27th, Shimy was arrested and charged with Battery / Domestic Violence, by the Brevard County Sheriffs Department.

In February the States Attorney filed a NO INFORMATION in this case.

In October the wife ▓▓▓▓ was treated at the Rockledge Hospital Emergency Department for facial injuries and a broken arm. ▓▓▓▓ stated at the hospital he sustained the injuries during a fall. However, she subsequently confirmed (On December 09, 2021) to the Brevard County Sheriffs Department that Shimy had caused the injuries during a physical altercation, which she did not report to law enforcement.

▓▓▓▓ also confided that during an out of state trip (unknown state) after becoming involved in an argument with Shimy, he put her and the infant child out of the car on the roadside and left them. Local Law enforcement assisted her and the child with transportation to the local airport to return to Florida and home.

Due to this action placing the child in an unsafe environment and in jeopardy of injury and not knowing of any prior report of this incident, we are reporting this incident

## ADDITIONAL FAMILY DYNAMIC INFORMATION (If known)

If known, please provide any information known that describes normal day to day behaviors and activities of the victim, alleged perpetrator, or any person identified as residing in the home.
Also, how would you describe the typical interactions between the children and adults?
Can you describe normal disciplinary practices in the home?


**Exhibit 16**

Please refer to the above section.

## DISABILITIES

Please identify if any child or adult listed has any disabilities, hearing impairments, or limited English proficiencies.
If hearing impairments are known, how does the individual communicate?
Does the individual utilize any devices to assist with communication?

unknown

## OTHER INDIVIDUALS

Please list other individuals who might be aware of the abuse, abandonment, neglect, or exploitation of the victim.

| # | First Name | Last Name | Relationship to Victim | Address | Home Phone | Work Phone |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

[ Continue... ]

Go to Top