UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISLAM "SAL" SHIMY,

    Plaintiff,

v.

                              CASE NO. 6:23-cv-01869-RBD-DCI

EASTERN FLORIDA STATE COLLEGE,
BOARD OF TRUSTEES,

    Defendant.
_____/

## DECLARATION OF RANDALL FLETCHER

Pursuant to 28 U.S.C. § 1746, I, Randall Fletcher, declare as follows:

1. I have personal knowledge of the matters herein referred to and am competent to provide this declaration.

2. I am over the age of 18 and am a resident of the State of Florida.

3. I was previously employed by Eastern Florida State College ("College") as its Vice President of Academic and Student Affairs/Chief Learning Officer ("CLO") from June 2020 through February 2024.

4. In my prior role as the College's CLO, I was directly involved in the annual contract renewal process for the College's full-time instructors.

5. When it was time to consider the annual contract renewals for the 2022-2023 academic year, as a result of information that the College obtained through an internal investigation, the College was aware of a history of domestic

1

violence allegations against Islam "Sal" Shimy toward his wife, who at the time, was also an employee of the College, which included at least one arrest, several other instances resulting in police involvement, and a court ordered injunction against Shimy.

6. As a result of these domestic violence allegations, and based upon information and input provided to me by the College's Security Department, I provided the official recommendation to President James Richey that Shimy's annual contract should not be renewed for the 2022-2023 academic year.

7. I provided my recommendations for the annual contract renewals for the 2022-2023 academic year to President Richey, which included my recommendation about not renewing Shimy's annual contract, and President Richey approved these recommendations without any discussion between the two of us.

8. My recommendation to not renew Shimy's annual contract for the 2022-2023 academic year had nothing to do with his national origin or religion. I did not consider his national origin or religion in any way in coming to my decision to not recommend him for an annual contract renewal for the 2022-2023 academic year.

9. At the same time that I recommended to President Richey that the College should not renew Shimy's annual contract for the 2022-2023 academic year, I also recommended to President Richey that the College should not renew

the annual contract of Anthony El-Khouri, who was another full-time instructor at the College.

10. My decision to recommend the non-renewal of El-Khouri's annual contract was based upon concerns shared with me by Sandra Handfield, who at the time was the College's Associate Vice President of Academic Affairs, regarding her personal knowledge about several student complaints filed against El-Khouri. As a result of these student complaints, Handfield and I decided that it was in the College's best interests for me to recommend to President Richey that the College not renew El-Khouri's annual contract for the 2022-2023 academic year.

11. My recommendation to not renew El-Khouri's annual contract for the 2022-2023 academic year had nothing to do with his national origin or his religion. I did not consider his national origin or religion in any way in coming to my decision to not recommend him for an annual contract renewal for the 2022-2023 academic year.

12. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Randall Fletcher_   09/27/2025
Randall Fletcher

3