

# Eastern Florida
## STATE COLLEGE

**President**
James H. Richey, J.D.

**Board of Trustees**
Alan H. Landman, Chair
Ronald Howse, Vice Chair
R. Bruce Deardoff
Dr. Edgar Figueroa
Winston Scott

**Cocoa Campus**
1519 Clearlake Road
Cocoa, Florida 32922
321/632-1111
Fax: 321/433-7064

**Melbourne Campus**
3865 N. Wickham Road
Melbourne, Florida 32935
321/632-1111
Fax: 321/433-5618

**Palm Bay Campus**
250 Community College Pkwy.
Palm Bay, Florida 32909
321/632-1111
Fax: 321/433-5305

**Titusville Campus**
1311 North U.S. 1
Titusville, Florida 32796
321/632-1111
Fax: 321/433-5113

easternflorida.edu

April 27, 2022

Islam W. Shimy
Instructor
Business

Dear Mr. Shimy:

I regret to inform you that you will not be recommended for reappointment at Eastern Florida State College for the 2022-23 academic year.

The Florida State Board of Education Rule for the Florida College System, Chapter 6A-14.041 (3) states:

"A contract shall not create the expectancy of employment beyond the term of the contract. Non-renewal of a contract shall not entitle the person to the reasons for non-renewal or to a hearing."

Thank you for your service to the college and I wish you success in your future endeavors.

Cordially,

Randall P. Fletcher, Ed.D.
Vice President for Academic
& Student Affairs
Chief Learning Officer/CLO

RPF/tl




EXHIBIT
Shimy - 3
Amh 1-30-25