**Exhibit 19**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ EEOC<br>☐ FEPA | Agency(ies) Charge No(s):<br>510-2022-04614 |
|---|---|---|

Florida Commission On Human Relations                                       and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Mr. Islam Shimy | Home Phone<br>407-970-5616 | Year of Birth |
|---|---|---|

Street Address
3718 W Malory Ct
COCOA, FL 32926

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>EASTERN FLORIDA STATE COLLEGE | No. Employees, Members<br>501+ Employees | Phone No.<br>(321) 632-1111 |
|---|---|---|

Street Address
1519 CLEARLAKE RD
COCOA, FL 32922

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address                           City, State and ZIP Code

| DISCRIMINATION BASED ON<br>National Origin, Religion | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 04/26/2022   Latest: 05/09/2022 |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I am an Egyptian male, and I practice Islam. I started working with the above-named employer in 2014 until my termination on April 27, 2022. My last position was Business Instructor. I have not had any disciplinary, attendance, or performance issues during my employment. I always received outstanding reviews from students and peers. On April 27, 2022, I was notified that my contract would not be renewed during an unscheduled meeting with Dr. Handfield (Caucasian) and Dr. Fletcher (Caucasian). I was not given the opportunity for union representation; I did not receive previous notification of the subject for this meeting, and no reason was given to me for my termination. Moreover, my research revealed that individuals with minority ethnic-sounding names like my own; might be Mr. Fletcher's focus on his decision not to renew contracts. I was not the only individual that suffered discrimination from Mr. Fletcher. Dr. Anthony el-Khouri MD faced the same adverse employment action. Despite several attempts to resolve this situation internally, nothing was done to effectively address or correct this employment action's work. This situation has caused me emotional distress. I believe that I have been discriminated against because of my National Origin (Egyptian) and my Religion (Islam) in violation of the Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>Digitally Signed By: Mr. Islam Shimy<br>05/09/2022<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN *(month, day, year)*<br><br>EXHIBIT Shimey. S April 1-30-25 |