IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

STATE OF FLORIDA

VS.

ISLAM WAHID SHIMY

**ISSUE CAPIAS** (Domestic Violence)

CASE NUMBER:

ERN

## INFORMATION

FELONY BATTERY - GREAT BODILY HARM, ETC. (F3) 784.041(1)

IN THE NAME AND BY AUTHORITY OF THE STATE OF FLORIDA, PHIL ARCHER, STATE ATTORNEY, THROUGH THE UNDERSIGNED DESIGNATED ASSISTANT STATE ATTORNEY, CHARGES THAT:

COUNT 1: IN THE COUNTY OF BREVARD, STATE OF FLORIDA, on or between October 8, 2021 and October 9, 2021, ISLAM WAHID SHIMY did actually and intentionally touch or strike another person, ███████████████ a family or household member, against that person's will and caused great bodily harm, permanent disfigurement, or permanent disability, contrary to Section 784.041(1), Florida Statutes,

AND against the peace and dignity of the State of Florida.

I hereby state under oath that I am instituting this prosecution in good faith, and I certify that I have received testimony under oath from the material witness or witnesses for the offense(s).

_____
Designated Assistant State Attorney
Eighteenth Judicial Circuit
Florida Bar No. 0956538

Personally appeared by physical presence before me, Designated Assistant State Attorney LINDA C. BARNETT, who is personally known to me, who being first duly sworn, says that this prosecution is instituted in good faith, and certifies that testimony under oath has been received from the material witness or witnesses for the offense(s), and says that the allegations as set forth in the foregoing information are based upon facts that have been sworn to as true and which, if true, would constitute the offense(s) therein charged. Sworn to and subscribed before me in Brevard County, Florida, this 30th day of January, 2023.

_____
Signature of Notary





MARIELLA L. SMITH
MY COMMISSION # GG 938705
EXPIRES: January 8, 2024
Bonded Thru Notary Public Underwriters

**BCSO Capias Affidavit, Officer: BCSO\53922, Supervisor: BCSO\christopher.castiell, Merged By: BCSO\angela.williams**

| PROBABLE CAUSE AFFIDAVIT | FORM PURPOSE | On View (PC Arrest) ___  Taken into Custody (Warrant/Capias Arrest) ___ | Capias Request X | Summoned/Cited (NTA) ___ AMENDED ___ | JUVENILE YES ___ NO X  Referral ___ Civil Citation ___ |

| Arresting Agency ORI | Arresting Agency Name | Arresting Agency Case/Arrest Number | OBTS Number |
| FL0050000 | BREVARD COUNTY SHERIFF'S OFFICE | 2021-00451268 | |

| FDLE (SID) Number | FBI Number | DOC Number | Transport Time | Jail Date/Time | Jail Booking Number | Booking Agency ORI FL0050000 |

Location of Arrest / City / Location of Offense / City (redacted)

| Offense Date OR Date Range | Arrest Date/Time | Charge Type | Felony X  Misdemeanor ___ Traffic ___ Ordinance ___ | Evidence Confiscated: Vehicle ___ Firearm ___ Property ___ |
| 10/08/2021 – 10/09/2021 | | | | |

| Name (Last, First, Middle) | Alias and Type | Date of Birth | Age | Jacket Number |
| SHIMY ISLAM WAHID | | | | |

| Race | Ethnicity | Sex | Height | Weight | Eye Color | Hair Color |
| 1 | Non-Hispanic | Male | 5'7 | 160 | Brown | Black |

Primary Language: Arabic  English: N
Complexion: Medium

Residence Type: Florida ___  Homeless N  Sex Offender N  Gang Affiliation N  Alcohol U  Computer/Handheld Device N  Drugs U

| PC ___ Capias X Warrant ___ Additional Charge ___ Date Issued ___ | Writ Aff. ___ Domestic Violence ___ Order of Arrest ___ |
| Charge Description | Counts | F.S. X Statute/Ordinance Number | Reclassifier |
| Agg Battery Domestic Viol | 1 | 784.045.2. | |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe and does believe that the above named Defendant committed the following violation of law

On the 8 day of October, 2021 at 2000 AM X PM

On the above date, during the late evening, _____ (victim) got into an argument with her husband, Mr. Islam Shimy (suspect), **refer to page 2**

Confidential Victim Information Included - YES ___ NO ___

Continue for: Narrative X  Charges ___

Mandatory Appearance in Court

| I swear/affirm the above and attached statements are true and correct X on 12/09/2021 | Officer's/Complainant's Signature: Electronically Signed | ID# 3922 | Officer's/Complainant's Name (Printed): Christina Jenkins |
| Sworn and Subscribed before me, the undersigned authority this ___ day of 12/10/2021 | Notary Signature: Electronically Signed | Notary Name (Printed): Castiello, Christopher | Notary/Law Enforcement Officer in Performance of Official Duties. Personally Known X ID ___ |

Patrol - North    Page 1 of 2

BCSO Capias Affidavit 2021-00451268 Page 1 OF 2

| AGENCY NAME: | BREVARD COUNTY SHERIFF'S OFFICE | BREVARD COUNTY, FLORIDA | Arresting Agency Case Number |
|---|---|---|---|
| Continuation Page 2 of 2 | | | 2021-00451268 |

Defendant/Juvenile Name (Last, First, Middle): **SHIMY ISLAM WAHID**

OBTS Number:

**CHARGE**

PC ___ Capias **X** Warrant ___ Additional Charge ___ Date Issued ___ Writt Aff. ___ Domestic Violence ___ Order of Arrest ___

Charge Description: **Tamper in Felony 1st Deg Proceeding**   Counts: **1**   F.S. **X**   Statute/Ordinance Number: **914.22.2d**

---

while in the bedroom of their residence where ▮▮▮▮ was sitting on the bed with her hands in her lap while Mr. Shimy stood in front of her. During the course of the argument, Mr. Shimy slammed his closed fist down onto ▮▮▮▮ right forearm causing it to break. As she began to try and fight him away from her, he grabbed her face with his right hand and dug his nails into her skin leaving four lacerations on the left side of her face under her eye and one laceration above the right side of her mouth.

Mr. Shimy did not permit ▮▮▮▮ to contact 911 because he did not want to get arrested again for domestic violence. ▮▮▮▮ was only permitted to call her friend who lived in Rockledge to take her to the Emergency Room at Rockledge Regional Medical Center.

In fear of her husband, ▮▮▮▮ told medical staff that she fell and hit her face as she fell. ▮▮▮▮ reported the incident to law enforcement on December 9, 2021.

Refer to case report for further details.

---

Officer's/Complaintant's Signature: **Electronically Signed**   ID# **3922**   Officer's/Complaintant's Name (Printed): **Christina Jenkins**