**Exhibit 23**

# Horton, Durinda

| | |
|---|---|
| **From:** | Ferguson, Darla |
| **Sent:** | Monday, November 7, 2022 4:25 PM |
| **To:** | Horton, Durinda |
| **Cc:** | Leon, Tammy |
| **Subject:** | FW: Resignation |
| **Attachments:** | Document6.pdf |
| **Importance:** | High |

FYI.
Darla

**From:** D'Altilio, Marianne <daltiliom@easternflorida.edu>
**Sent:** Monday, November 7, 2022 4:23 PM
**To:** Handfield, Dr. Sandy <HandfieldS@easternflorida.edu>; Ferguson, Darla <FergusonD@easternflorida.edu>
**Cc:** Beorlegui, Loretta <beorleguil@easternflorida.edu>
**Subject:** FW: Resignation
**Importance:** High

Good afternoon,

Please see the attached resignation letter from Phaedra Williams effective December 15, 2022.

Thank you,

Marianne D'Altilio, MS, RVT

**From:** Williams, Phaedra <williamsp@easternflorida.edu>
**Sent:** Monday, November 7, 2022 3:59 PM
**To:** D'Altilio, Marianne <daltiliom@easternflorida.edu>
**Cc:** Calhoun, Sue <calhouns@easternflorida.edu>; Davies, Valerie <daviesv@easternflorida.edu>
**Subject:** Resignation
**Importance:** High

Hello All,

Please see attached document.

Thank you,

*Phaedra S. Williams*, MBA, MT, MLT (ASCP)
*Assistant Pofessor Medical Laboratory Technology*
*Nursing and Health Science Institute*
*Cocoa Campus*
*1519 Clearlake Road*
*Cocoa, Florida 32922*
*PH: 321-433-7289*
*FX: 321-433-7599*

1

**DEF0782**

Phaedra S. Williams
Assistant Professor
Medical Laboratory Technology

November 7, 2022

Eastern Florida State College
1519 Clearlake Road
Cocoa, Florida 32922

Dear Administrators,

Please accept this letter as my formal resignation as Assistant Professor of Medical Laboratory Technology effective December 15, 2022. I thank you for the opportunity to serve as a faculty member at Eastern Florida State College and for allowing my experience as an educator, and leader to serve our students by ensuring quality education within the rigors of laboratory medicine.

I wish the institution great success with its endeavor in educating the community and fostering competent and employable individuals in the workforce.

Sincerely,

Phaedra S. Williams

DEF0783