**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ISLAM "SAL" SHIMY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 6:23-cv-01869-RBD-DCI |
| | ) |
| EASTERN FLORIDA STATE COLLEGE, BOARD OF TRUSTEES, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING DEPOSITION TRANSCRIPT IN SUPPORT OF PLAINTIFF'S RESPONSE AND MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOTICE IS GIVEN that the Plaintiff, ISLAM "SAL" SHIMY, hereby files the deposition transcript of Dedra Sibley (Ex. 1) in support of his Response and Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22, 2025 I filed the instant document through the CM/ECF system, which will send electronic notice to all counsel of record.

> MIHOK LAW
> 1401 East 22nd Avenue
> Tampa, Florida 33605
> (813) 549-4550
> melissa@mihoklaw.us
> floridavirtualnotary@gmail.com
>
>
> Attorney for Plaintiff
>
> /s/ Melissa C. Mihok, Esq.
> Florida Bar No. 555851