UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.   6:23-cv-01869-RBD-DCI

ISLAM SAL SHIMY,

    Plaintiff(s),

vs.

EASTERN FLORIDA STATE
COLLEGE, BOARD OF TRUSTEES,

    Defendant(s).
_____/

# MEDIATION REPORT

The parties held a mediation conference on April 28, 2025, and the results of that conference are indicated below.

1. **Attendance**

   The following participants attended the mediation conference:

   ☑ Lead counsel

   ☑ The parties or a party's surrogate satisfactory to the mediator

   ☐ Any necessary insurance carrier representative

   List any unexcused absence or departure from the mediation conference:
   _____
   _____
   _____

2. **Outcome**

   Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

   ☑     The parties completely settled the case.

   ☐     The parties partially settled the case. The following issues remain:

_____
_____
_____

☐ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☐ The parties have reached an impasse.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by ECF.

_____
/s/ Lawrence H. Kolin, Mediator
Mediator # **12265 CRA**
Upchurch Watson White & Max
1060 Maitland Center Commons, Suite 440
Maitland, Florida  32751
407- 661-1123 phone 407-661-5743 facsimile
lkolin@uww-adr.com