# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ISLAM "SAL" SHIMY,

    Plaintiff,

v.                          CASE NO. 6:23-cv-01869-RBD-DCI

EASTERN FLORIDA STATE COLLEGE,
BOARD OF TRUSTEES,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Islam Shimy, and Defendant, Eastern Florida State College, Board of Trustees, in compliance with Local Rule 3.09(a), hereby notify this Court of the settlement of the above-styled case. The parties have finalized their agreement and will be filing a Joint Stipulation of Dismissal of All Claims with Prejudice when the terms of the agreement have been satisfied.

May 2, 2025                                     Respectfully submitted,

| | |
|---|---|
| */s/ Melissa C. Mihok* | */s/ Mark E. Levitt* |
| Scott C. Adams, Esq. | Mark E. Levitt, Esq. |
| Florida Bar No. 555851 | Florida Bar No. 193190 |
| melissa@mihoklaw.us | mlevitt@fordharrison.com |
| Mihok Law | Howard M. Waldman, Esq. |
| 1401 East 22nd Avenue | Florida Bar No. 1002881 |
| Tampa, FL 33605 | hwaldman@fordharrison.com |
| (813) 549-4550 | FordHarrison LLP |
| *Attorneys for Plaintiff* | 300 South Orange Avenue, Suite 1300 |
| | Orlando, FL  32801 |
| | (407) 418-2300 |
| | *Attorneys for Defendant* |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF, which will send a notice of electronic filing to all counsel of record.

*/s/ Mark E. Levitt*
Attorney

WSACTIVELLP:114196424.1 - 5/2/2025 1:47 PMWSACTIVELLP:114196424.1 - 5/2/2025 1:47 PM